IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,

      Plaintiff,                    No. CIV S-08-2844 KJM P

   vs.

JIMMIE WALKER, Warden, et al.,

      Defendants.              ORDER

_____/

      Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

      In addition, plaintiff has asked that his complaint be returned so that he may "overhaul" the pleading. The document has been filed and will not be returned to him; he will, however, be given the opportunity to file an amended complaint.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

1

1  of Court, or the appropriate filing fee; plaintiff's failure to comply with this order will result in
2  the dismissal of this action;
3    2. Plaintiff shall file his amended complaint within thirty days of the date of this
4  order; failure to comply will result in a recommendation that the action be dismissed; and
5    3. The Clerk of the Court is directed to send plaintiff a Application to Proceed In
6  Forma Pauperis By a Prisoner and the form for a civil rights action by a prisoner.
7  DATED: December 8, 2008.

                _____
                U.S. MAGISTRATE JUDGE

10  2/mp
  hick2844.3a