

**FILED**

DEC 2 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

_MICHAEL T. HICKS B-80852_
(Name of Plaintiff)

_P.O. BOX 290066_
(Address of Plaintiff)

_REPRESA, CA 95671_

_2:08-CV-02844 KJM_
(Case Number)

vs.

_JAMES WALKER WARDEN,_
_LINDA YOUNG LITIGATIONS COORD,_
_MICHAEL JAFFEE, M.D.,_
_DANIEL JACKSON, M.D.,_
_T.O. GRUBB, M.D.,_
_CSP-SACRAMENTO_
(Names of Defendants)

_AMENDED_
COMPLAINT

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner:  ☒ Yes  ☐ No

    B. If your answer to A is yes, how many?: _NUMERIOUS_ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit: _TO MANY TO LIST_
                              _REVIEW PACER_

        Plaintiff _____

        Defendants _____

FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

_____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

_____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

    A. Is there a grievance procedure available at your institution?   ☒ Yes   ☐ No

    B. Have you filed a grievance concerning the facts relating to this complaint?

                                              ☒ Yes   ☐ No

        If your answer is no, explain why not _____

_____

    C. Is the grievance process completed?   ☒ Yes   ☐ No

III. Defendants

    (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

    *SEE ATTACHED STATEMENT OF CLAIM... PARTIES*

    A. Defendant _____ is employed as _____

    _____ at _____

    B. Additional defendants _____

_____

_____

_____

_____

IV.   Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

_SEE ATTACHED: STATEMENT OF CLAIM_

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

_SAME AS ABOVE_

Signed this _15_ day of _DECEMBER_ , 20 _08_ .

(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_12-15-08_
(Date)

(Signature of Plaintiff)

3.

# STATEMENT OF CLAIM

SHORT TITLE:

HICKS V. WALKER

CASE NUMBER:

I. — PARTIES

1. PLAINTIFF MICHAEL HICKS IS A STATE PRISONER CURRENTLY CONFINED AT SACRAMENTO STATE PRISON.

2. DEFENDANT JAMES WALKER IS WARDEN AT SACRAMENTO STATE PRISON. WALKER IS RESPONSIBLE FOR THE POLICYS AND OPERATIONS OF THE PRISON. WALKER IS ALSO THE FINAL LOCAL POLICY MAKER OF THE PRISON. HE IS SUED IN HIS INDIVIDUAL AN OFFICIAL CAPACITIES.

3. DEFENDANT LINDA YOUNG IS EMPLOYED AS THE LITIGATION'S COORDINATOR AT SACRAMENTO STATE PRISON. YOUNG IS RESPONSIBLE FOR THE LEGAL LIASON AFFAIRS OF SACRAMENTO STATE PRISON. YOUNG IS ALSO THE CHIEF POLICY MAKER OF THE PRISONS LITIGATIONS OFFICE. SHE IS SUED IN HER INDIVIDUAL AND OFFICIAL CAPACITIES.

4. DEFENDANT MICHAEL JAFFE IS EMPLOYED AS CHIEF PSYCHIATRIST AT SACRAMENTO STATE PRISON. HE IS DIRECTLY RESPONSIBLE FOR THE SUPERVISION OF THE PRISONS STAFF PSYCHIATRIST AND THE USE AND DISPENSING OF PSYCHIATRIC MEDICATION AT THE PRISON. HE IS SUED IN HIS INDIVIDUAL AND OFFICIAL CAPACITIES.

5. DEFENDANT DANIEL JACKSON IS EMPLOYED AS STAFF PSYCHIATRIST AT SACRAMENTO STATE PRISON. HE IS RESPONSIBLE AS A PSYCHIATRICT HEALTH CARE PROVIDER OF OF STATE PRISONERS CONFINED IN THE PRISONS PSYCHIATRICT

26 (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

27 This page may be used with any Judicial Council form or any other paper filed with the court.

Page 5

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1997]

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501
American LegalNet, Inc. | www.USCourtForms.com

SHORT TITLE:

CASE NUMBER:

*HICKS v. WALKER*

1   SERVICES UNIT. JACKSON IS DIRECTLY RESPONSIBLE FOR THE
2   PRESCRIBING OF PSYCHIATRIC MEDICINE FOR PRISONERS
3   HOUSED IN P.S.U. 7 BLOCK. HE IS SUED IN HIS INDIVIDUAL
4   AND OFFICIAL CAPACITIES.
5       6.    DEFENDANT T.O. GRUBB IS EMPLOYED AS A STAFF
6   PSYCHIATRIST AT SACRAMENTO STATE PRISON AND IS SUED IN
7   HIS INDIVIDUAL AND OFFICIAL CAPACITIES.
8       7.    AT ALL TIMES RELEVANT TO THE EVENTS DESCRIBED
9   HEREIN, ALL THE DEFENDANTS HAVE ACTED UNDER COLOR OF
    STATE LAW.
10

11  II.              FACTUAL ALLEGATIONS
12          THE INFLECTION OF SERIOUS PHYSICAL AND EMOTIONAL
13          INJURY DUE TO THE SUDDEN DISCONTINUATION OF
14          WELLBUTRIN AND ARTANE BY PRISON PSYCHIATRIST.
15

16      8.    FROM MAY 23RD THRU DECEMBER 4, 2007, PLAINTIFF
17  WAS AN IN-PATIENT AT THE SALINAS VALLEY PSYCHIATRIC
18  PROGRAM. AS EARLY AS AUGUST, 2007, HE WAS PRESCRIBED
19  WELLBUTRIN (100MG) AND ARTANE (5MG). (SEE EXHIBIT '1').
20  BY SEPTEMBER, HE WAS PLACED ON INVOLUNTARY MEDICATION
21  AND WAS FORCED TO TAKE AN ANTI-PSYCHOTIC DRUG KNOWN
22  COMMONLY AS RISPERDAL AT (3 MG) TWICE A DAY. PLAINTIFF
23  WAS KEPT ON THESE MEDICATIONS UNTIL HIS DISCHARGE OF
    DECEMBER 4, 2007. (SEE EXHIBIT '2').
24      9.    ON DECEMBER 4, 2007 PLAINTIFF ARRIVED AT
25  SACRAMENTO STATE PRISON. DEFENDANT T.O. GRUBB

26  *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers):*

27  This page may be used with any Judicial Council form or any other paper filed with the court.

Page  6

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501
American LegalNet, Inc.   www.USCourtForms.com

SHORT TITLE:

CASE NUMBER:

HICKS V. WALKER

1  DISCONTINUED PLAINTIFFS WELLBUTRIN WITHOUT TAPERING.

2  (SEE EXHIBIT "3").

3      10.    BY DECEMBER 6,2007, PLAINTIFF BEGAN TO

4  EXPERIENCE SEVER WITHDRAWAL AGITATION AND SUICIDAL

5  IDEATION. HE COMPLAINED OF SUCH TO DEFENDANT JACKSON

6  AND THEN DISCOUNTED HIS CLAIM. NEVERTHELESS, JACKSON

7  ORDERED PLAINTIFF TO BE RE-HOUSED IN THE MENTAL HEALTH

8  OUTPATIENT HOUSING UNIT (MH-OHW) AS A SUICIDE PRECALTION.

   (SEE EXHIBIT "4").

9      11.    UPON ARRIVAL AT MH-OHU, PLAINTIFF WAS SEEN

10  BY THE UNIT PSYCHIATRIST, GARY FREEDMAN. PLAINTIFF

11  CLAIMED THAT WHILE NOT TRULY SUICIDAL, HIS WELLBUTRIN

12  HAD BEEN SUDDENLY CUT-OFF AND THAT HE WAS AGITATED

13  AND EXPERIENCING SUICIDAL IDEATIONS.

14      12.    DOCTOR FREEDMAN MADE A PROFESSIONAL

15  DETERMINATION THAT PLAINTIFF WAS SUFFERING FROM

16  ANTI-DEPRESSANT WITHDRAWAL COMBINED WITH AN EXTREME

17  HIGH DOSAGE OF RESPERADOL.

18      13.    ON DECEMBER 6,2007 DR. FREEDMAN, RE-ORDERED

19  THE WELLBUTRIN (WITH TAPERING) REDUCED THE RESPERADOL

20  AND ORDERED ARTANE (2mG) (SEE EXHIBIT "5-a").

21      14.    ON DECEMBER 7, 2008, DEFENDANT JAFFEE,

22  ACTING IN HIS SUPERVISERAL ROLE AS CHIEF PSYCHIATRIST

23  CANCELLED THE WELLBUTRIN ORDER THAT DR. FREEDMAN HAD

24  PRESCRIBED THE DAY BEFORE WITHOUT PLAINTIFF CONSULTATION,

25  RELYING ONLY ON PLAINTIFFS MEDICAL CHART. PLAINTIFF WAS

   DISCHARGED FROM MH-OHU AND RETURNED TO HIS HOUSING UNIT

26  *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers):*

27  This page may be used with any Judicial Council form or any other paper filed with the court.

Page  7

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501

American LegalNet, Inc. | www.USCourtForms.com

SHORT TITLE:

CASE NUMBER:

*HICKS V. WALKER*

1   (SEE EXHIBIT "5-B").

2        15.   ON DECEMBER 21, 2007, PLAINTIFF WAS SEEN BY

3   JACKSON. THE RESPERADOL WAS NOW AT 2MG B.I.D. PLAINTIFF

4   COMPLAINED OF SEXUAL SIDE-EFFECTS AND THAT THE ARTANE

5   (2MG B.I.D) WAS EXPIRED. PLAINTIFF REQUESTED AN ALTERNATE

6   TO THE RESPERADOL. HOWEVER, JACKSONS' SELECTIONS OF

7   ALTERNATES HAD EVEN WORSE ASSOCIATED SIDE-EFFECTS AND

8   THOSE ALTERNATES WERE DECLINED. PLAINTIFF REQUESTED

9   THAT THE ARTANE BE RE-ORDERED WHICH JACKSON DECLINED.

10  JACKSON STATED THAT HE WOULD ORDER AMMANTADINE FOR

11  FOR THE RESPERDOL SIDE-EFFECTS (SEE EXHIBIT "6").

12       16.   IN CONTRADICTION TO JACKSONS' CLAIMS, NO OTHER

13  RESPERADOL SIDE-EFFECT MEDICATION WAS EVER ORDERED.

14  FROM DECEMBER 21ST THRU 26TH, PLAINTIFF EXPERIENCED

15  SEVER AGITATION AND DEPRESSION. HE HAD REPEATEDLY

16  ATTEMPTED TO SPEAK WITH JACKSON AN INFORM HIM THAT

17  HE WAS NOW RECEVING NO SIDE-EFFECTS MEDICATION TO

18  WHICH JACKSON IGNORED PLAINTIFF WHEN ATTEMPTED TO

19  BE CALLED. PLAINTIFF EXPERIENCED SEVER POOR IMPULSE CONTROL.

20       17.   ON DECEMBER 26, 2007, PLAINTIFF COMPLAINED TO

21  GUARDS THAT HE FELT SEVERLY AGITATED AND SUICIDAL. HE

22  WAS PLACED IN A HOLDING CELL AND SUBSEQUENTLY RETURNED

23  TO HIS CELL WITHOUT A RISK ASSESSMENT BY JACKSON, AT 10:00 A.M.

24       18.   AT APPROXIMATELY 2:00 P.M. IN A FIT OF

25  SEVER AGITATION AND DEPRESSION, PLAINTIFF BROKE

26  HIS TELEVISION, INJESTED GLASS AND INFLICTED SELF-

27  MUTILATION ON HIS WRIST AT THREE LOCATIONS

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers):*

This page may be used with any Judicial Council form or any other paper filed with the court.

Page  8

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501

American LegalNet, Inc.   www.USCourtForms.com

SHORT TITLE:

CASE NUMBER:

HICKS V. WALKER

1  CAUSING OPEN BLEEDING. HE WAS DISCOVERED BY
2  GUARD'S, PLACED IN RESTRAINT, TREATED BY A NURSE AND
3  EVALUATED BY A PSYCHIATRIST WHO ORDERED HIM TO BE
4  PLACED ON 'SUICIDE WATCH' AND SUBSEQUENTLY REHOUSED
5  IN THE PRISONS' HOSPITAL. HE WAS ALSO SEEN BY JACKSON (EX. 7).
6  19 ☞  ON DECEMBER 27, 2007, PLAINTIFF WAS SEEN BY
7  THE HOSPITAL PSYCHIATRIST WHO IMMEDIATLY DISCONTINUED
8  THE RESPERADOL AND EXPRESSED TO PLAINTIFF HIS
9  DISPLEASURE OF SUCH A HIGH DOSAGE OF RESPERADOL
10 WITHOUT A SUPPLEMENT SIDE-EFFECT MEDICATION.
11 20 ☞  PLAINTIFF WAS HOSPITALIZED FOR THE APPROXIMATE
12 NEXT FOURTEEN DAYS UNDERGOING PSYCHOLOGICAL
13 COUNSELING AND WITHDRAWAL FROM THE RESPERADOL.
14 22 ☞  ON JANUARY 22, 2008 (APPROXIMATE) AFTER
15 PLAINTIFFS DISCHARGE FROM THE HOSPITAL AND RETURN TO
16 HIS HOUSING UNIT AND ONCE MORE UNDER THE CARE
17 OF JACKSON, HE DISCONTINUED ALL MEDICATION'S.
18 22 a.  PLAINTIFF WAS STILL UNDER A INVOLUNTARY
19 MEDICATION COURT ORDER WHEN JACKSON DISCONTINUED
20 ALL MEDICATIONS. IN DELIBERATE INDIFFERENCE TO A
21 JUDICIAL COURT ORDER.
22
23    SACRAMENTO STATE PRISONS PERJURED DECLARATION TO
24    THE SACRAMENTO COUNTY SUPERIOR COURT JUDGE
25
26 23.  ON FEBRUARY 4, 2008, PLAINTIFF LODGED AN

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 9

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501
American LegalNet, Inc.   www.USCourtForms.com

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| *HICKS V. WALKER* | |

1. ADMINISTRATIVE APPEAL SEEKING THE REPLACEMENT OF
2. HIS TELEVISION AND THE ASSIGNMENT OF AN ALTERNATE
3. PSYCHIATRIST. (SEE EXHIBIT 'A').

4. 24. THE APPEALS OFFICE SCREENED-OUT THE APPEAL
5. AS UNTIMELY ON 2-6-08. AND A CHALLENGE WAS
6. SUBMITTED ON 2-12-08. (EXHIBIT 'B').

7. 25. THE APPEALS OFFICE ACCEPTED THE EXPLINATION,
8. HOWEVER ONCE MORE SCREENED-OUT THE APPEAL AND
9. ATTEMPTED TO 'DICTATE PLAINTIFFS "ACTION REQUESTED "ON
10. 2-15-08. A SECOND CHALLENGE WAS SUBMITTED ON 2-26-08.
11. (EXHIBIT 'C').

12. 26. THE APPEALS OFFICE ONCE AGAIN SCREENED-
13. OUT THE APPEAL FOR FAILURE TO RESOLVE THE PROBLEM
14. AT THE _INFORMAL LEVEL_ ON 2-28-08. HOWEVER THE
15. APPEAL WAS ROUTED TO THE MEDICAL DEPARTMENT WHO
16. RESPONDED ON 3-3-08 (EXHIBIT 'D' & 'A', 'b&'). ON 3-6-08,
17. PLAINTIFF WROTE ON THE SCREEN-OUT FORM "COMPLIED
18. AND RETURNED ON 3-6-08 " (SEE EXHIBIT 'D').

19. 27. ON MARCH 25, 2008, THE APPEALS OFFICE ONCE
20. MORE SCREENED-OUT THE APPEAL. ATTEMPTING TO DICTATE
21. THE "ACTION REQUESTED" (EXHIBIT 'E').

22. 28. ON MARCH 26, 2008, PLAINTIFF SUBMITTED A
23. _PLAINTIFFS CLAIM AND ORDER TO GO TO COURT_, TO THE
24. SACRAMENTO COUNTY SUPERIOR COURT. THE CASE WAS
25. ORIGINALLY ASSIGNED CASE NO. 08SC02072, WITH THE
26. HEARING SET FOR MAY 29, 2008.

*(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, not line numbers):*

This page may be used with any Judicial Council form or any other paper filed with the court.

Page _10_

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501
American LegalNet, Inc. | www.USCourtForms.com

SHORT TITLE:

CASE NUMBER:

*HICKS V. WALKER*

29.   ON APRIL 3, 2008, PLAINTIFF FILED A SECOND APPEAL LIMITED (IN THE ACTION REQUESTED PORTION)SEEKING THE REPLACEMENT OF HIS TELEVISION *ALONE*. PLAINTIFF HAD BY THIS TIME BEEN ASSIGNED AN ALTERNATE PSYCHIATRIST. (SEE EXHIBIT 'F').

30 2008.   ALSO ON APRIL 3, 2008, *FILED* COPIES WERE HAND DELIVERED TO JACKSON AND MAILED TO YOUNG WITH AN 'ACKNOWLEDGEMENT' OF RECIEPT.

31 2008.   THOUGH THE DATE IS UNCERTAIN (BUT A MATTER OF OF COURT RECORD), THE COURT CLERK ASSIGNED A *SECOND* CASE NUMBER (08SC02611) TO THE *SAME* ACTION (RECIEVED BY PLAINTIFF PRIOR TO APRIL 18, 2008).

32.   WITH CASE NO. 08SC02611, HAVING A *LATER* HEARING DATE (JUNE 10, 2008), ON APRIL 21, 2008, PLAINTIFF SUBMITTED TO THE COURT CLERK A *REQUEST FOR DISMISSAL* WITHOUT PREJUDICE AS TO CASE NO. 08SC02072.

33.   PLAINTIFF MAILED A MOTION FOR TELEPHONE APPEARANCE TO THE COURT ON APRIL 20, 2008.(SEE EXHIBIT 'G').

*PERJURY OF LINDA YOUNG BY FRAUDULENT CONCEALMENT*

34.   ON MAY 1, 2008, CORRECTIONAL COUNSELOR K.A. DALY, DELIVERED IN PERSON TO PLAINTIFF A TEN (10) PAGE SWORN DECLARATION DATED APRIL 15, 2008, SIGNED BY LINDA YOUNG. THOUGH THE DECLARATION WAS IN ACTUALITY DATED APRIL 15, 2008, PLAINTIFF POSSESSED NO KNOWLEDGE OF ITS EXISTANCE UNTIL MAY 1, 2008.

35.   YOUNGS' VERIFIED DECLARATION *REQUESTED THAT*

(Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, *not line numbers*):

This page may be used with any Judicial Council form or any other paper filed with the court.

Page _11_

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1997]

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501
Americas LegalNet, Inc. | www.USCourtForms.com

SHORT TITLE:   HICKS V. WALKER   CASE NUMBER:

1    COMPLAINT BE DISMISSED: FAILURE TO EXHAUST AND LACK OF

2    JURISDICTION." (SEE EXHIBIT "H").

3    36.     ON MAY 8, 2008, PLAINTIFF RECIEVED A CLERK'S

4    CERTIFICATE OF MAILING DATED MAY 1, 2008. THE LETTER

5    CONTAINED AN ORDER DETERMINING DISPOSITION OF EX-

6    PARTE APPLICATION DATED APRIL 23, 2008, BY HIS HONOR

7    KENNETH BRODY.

8    37.    THE COURT ACTING ON YOUNG'S "REQUEST FOR DISMISSAL

9    BY DEFENDANT" ', DISMISSED PLAINTIFFS CLAIM WITHOUT A

10    HEARING. THE CLAIM WAS DISMISSED WITHOUT PREJUDICE.

   (SEE EXHIBIT "I").

11    38.    DUE TO PLAINTIFFS' PRIOR REQUEST FOR DISMISSAL

12    (SEE PARAGRAPH 30), HE TOOK NO JUDICIAL ACTION. HOWEVER,

13    ON MAY 12, 2008, HE FILED AN ADMINISTRATIVE APPEAL WITH

14    AN ATTACHED RIGHTS & RESPONSIBILITY STATEMENT

15    (EMPLOYEE CONDUCT COMPLAINT) BASED UPON YOUNG'S '

16    PERJURY. (COMPARE EXHIBIT 'F' RECEIVED STAMP WITH DATE

17    OF YOUNG'S DECLARATION).

18    39.     ALSO ON MAY 12, 2008, PLAINTIFF MAILED YOUNG A

19    LETTER BY U.S. MAIL ADVISING YOUNG OF HER PERJURY.

20    40.    ON MAY 13, 2008 A SECOND CERTIFICATE OF MAILING

21    FROM THE COURT CLERK ADVISED PLAINTIFF THAT ON MAY 9, 2008,

22    THE COURT DENIED HIS REQUEST TO APPEAR BY PHONE.

23    (SEE EXHIBIT "I").

24    41.    ON JUNE 10, 2008, IN THE MATTER OF HICKS V.

25    JACKSON, NO. 08SC02611, THE CLAIM WAS DISMISSED WITH

26    (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, **not** line numbers):

27    This page may be used with any Judicial Council form or any other paper filed with the court.

Page 12

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501
American LegalNet, Inc. | www.USCourtForms.com

SHORT TITLE:

CASE NUMBER:

1   PREJUDICE... FOR FAILURE TO EXHAUST ADMINISTRATIVE

2   REMDIES..." THE COURT FURTHER BARRED THE CLAIM UNDER

3   THE DOCTRINE OF RES JUDICATA, AND ORDERED CASE NUMBER

    08SC02611 RELATED TO 08SC02072. (SEE EXHIBIT "K").

4

5   42 ☒.   PLAINTIFF, WAS NOT ALLOWED TO PARTICIPATE

    OR APPEAR AT THE HEARING; NOR DID HE AGREE TO ANY

6   TYPE OF JUDICIAL PRO TEM STIPULATION. (ibid).

7

8       DEFENDANT WALKERS' LIABILITY AS RESPONDEAT SUPERIOR.

9

10  43 ☒.   DEFENDANT WALKER (DATE NOT AVAILABLE AT

11  PRESENT) REVIEWED PLAINTIFFS APPEAL ON YOUNG AT THE

12  SECOND LEVEL OF REVIEW.

13  44 ☒.   HE HAS FAILED TO ORDER YOUNG TO PREPAIR ANY

14  NOTIFICATION TO THE COURT TO CORRECT YOUNGS PERJURY.

15

16  III.            EXHAUSTION

17

18  45 ☒.   PLAINTIFF HAS EXHAUSTED ALL AVAILABLE

19  ADMINISTRATIVE REMEDIES REGARDING THE MATTERS

20  DESCRIBED IN THIS COMPLAINT. ON APRIL 3, 2008 HE FILED

21  AN INMATE APPEAL WHICH WAS DENIED AT THE DIRECTORS

22  LEVEL OF REVIEW ON OCTOBER 22, 2008. ON MAY 27, 2008 HE

23  SUBMITTED A GOVERMENT CLAIMS BOARD COMPLAINT ASKING

24  FOR MONEY DAMAGES. THAT CLAIM WAS DENIED ON JUNE 9, 2008

25  COPIES OF PLAINTIFFS APPEAL AND CLAIM DISPOSITION ARE

26  ATTACHED AS (EXHIBIT "F")
    (Required for verified pleading) The items on this page stated on information and belief are (specify item numbers, *not* line numbers):

27  This page may be used with any Judicial Council form or any other paper filed with the court.

                                                        Page 13

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]
ADDITIONAL PAGE
Attach to Judicial Council Form or Other Court Paper
CRC 201, 501
American LegalNet, Inc. | www.USCourtForms.com

SHORT TITLE: _HICKS V. WALKER_

CASE NUMBER:

## CAUSES OF ACTIONS

46.    PLAINTIFF SUPPORTS THE FOLLOWING CLAIMS BY REFERENCE TO THE PREVIOUS PARAGRAPHS OF THIS COMPLAINT.

### COUNT I
### PERJURY-FRAUDULENT CONCEALMENT
### DEFENDANT WALKER

47.    THE DELIBERATE INDIFFERENCE OF DEFENDANT WALKER TO FORMULATE POLICIES, PRACTICES, AND PROCEDURES WHICH ALLOWED HIS SUBORDINATE LITIGATION COORDINATOR TO USE FALSE AND OUT-DATED PRISON RECORDS AS A BASIS TO PRESENT A SWORN PERJURED DECLARATION TO A STATE CIVIL COURT FOR THE SOLE PURPOSE OF DEPRIVING PLAINTIFF HIS RIGHT TO INITIATE AND MAINTAIN AND PROSECUTE A LAW SUIT, AND TO ONCE LEARN OF THE SUBORDINATES PERJURY THROUGH ADMINISTRATIVE APPEAL, FAILED THE REMEDY THE WRONG AND JOINING IN HIS SUBORDINATE PERJURY OF FRAUDULENT CONCEALMENT DEPRIVE PLAINTIFF OF HIS RIGHT TO ACCESS TO THE COURT CLAUSES UNDER THE FIRST AND FOURTEENTH AMENDMENT OF THE UNITED STATES CONSTITUTION.
        ''              ''              ''

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.                    Page ___14___

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501

American LegalNet, Inc. | www.USCourtForms.com

SHORT TITLE:

CASE NUMBER:

*HICKS V. WALKER*

COUNT II
PERJURY-FRAUDULENT CONCEALMENT
DEFENDANT YOUNG

48. THE DELIBERATE INDIFFERENCE OF DEFENDANT YOUNG TO KNOWINGLY AND WILLINGLY SUBMIT A FALSE VERIFIED SWORN DECLARATION TO THE STATE SUPERIOR COURT FOR THE SOLE PURPOSE TO PREVENT APPEARANCE AND PROSECUTION AGAINST DEFENDANT JACKSON, AND TO BECOME PERSONALLY AWARE OF THE PERJURY, THEN FAIL TO CORRECT OR GIVE NOTICE TO THE COURT OF THE PERJURY DEPRIVED PLAINTIFF OF HIS RIGHT TO ACCESS TO THE COURT AND THE DUE PROCESS CLAUSES UNDER THE FIRST AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION.

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 15

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
Attach to Judicial Council Form or Other Court Paper

CRC 201, 501
American LegalNet, Inc.   www.USCourtForms.com

HICKS V. WALKER

COUNT III

PROFESSIONAL NEGLIGENCE

DEFENDANT JAFFEE

49.    THE DELIBERATE INDIFFERENCE OF DEFENDANT JAFFEE AS CHIEF PSYCHIATRIST TO FORMULATE POLICY IN THE RESTRICTED USE OF CDCR NON-FORMULARY PSYCHIATRIST MEDICINES IN SUCH A MANNER AS TO CAUSE MENTAL AND PHYSICAL INJURY TO PLAINTIFF IN THE SUDDEN WITHDRAWAL OF WELBUTRIN AND THE TAPERING OF ARTANE TO THE POINT OF DISCONTINUATION WHILE INVOLUNTARILY ADMINISTERING RESPERADOL WITHOUT ANY SIDE-EFFECT MEDICINE IN THE ABSENCE OF DUTY TO USE SUCH SKILL, PRUDENCE, AND DELIGENCE AS OTHER MEMBERS OF THE PROFESSION COMMONLY POSSESS AND EXERCISE AND THAT THE BREACH OF THAT DUTY WAS THE APPROXIMATE CAUSUAL CONNECTION THAT RESULTED IN PLAINTIFFS LIFE-THREATENING SELF-INJURY IN VIOLATION OF THE CRUEL AND UNUSUAL PUNISHMENT CLAUS UNDER THE EIGHT AMENDMENT TO THE UNITED STATES CONSTITUTION.

''                          ''                    ''

26    *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers)*:

27    This page may be used with any Judicial Council form or any other paper filed with the court.

Page  16

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501

American LegalNet, Inc.   www.USCourtForms.com

HICKS V. WALKER

COUNT IV

PROFESSIONAL NEGLIGENCE

DEFENDANT T.O. GRUBB

30. THE DELIBERATE INDIFFERENCE OF DEFENDANT T.O. GRUBB TO THE SUDDEN WITHDRAWAL SIDE-EFFECTS OF WELBUTRIN IN THE ABSENSE OF HIS DUTY TO USE SUCH SKILL, PRUDENCE, AND DELIGENCE AS OTHER MEMBERS OF THE PROFESSION COMMONLY POSSESS AND EXERCISE AND THAT THE BREACH OF THAT DUTY WAS THE APPROXIMATE CAUSUAL CONNECTION THAT RESULTED IN PLAINTIFFS LIFE THREATENING SELF-INJURY IN VIOLATION OF THE CRUEL AND UNUSUAL PUNISHMENT CLAUSE UNDER THE EIGHT AMENDMENT TO THE UNITED STATES CONSTITUTION.

"                    "            "

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers):*

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 17

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501

American LegalNet, Inc. | www.USCourtForms.com

SHORT TITLE: HICKS V. WALKER

CASE NUMBER:

COUNT V

PROFESSIONAL NEGLIGENCE

DEFENDANT JACKSON

51.    THE DELIBERATE INDIFFERENCE OF DEFENDANT JACKSON TO SUDDEN WITHDRAWAL SIDE-EFFECT OF WELBUTRIN AND THE PRESCRIBING OF RESPERADOL WITHOUT A SIDE-EFFECT MEDICINE UNDER INVOLUNTARY MEDICATION ADMINISTRING, IN THE ABSENSE OF HIS DUTY TO USE SUCH SKILL, PRUDENCE, AND DELIGENCE AS OTHER MEMBERS OF THE PROFESSION COMMONLY POSSESS AND EXERCISE AND THAT THE BREACH OF THAT DUTY WAS THE APPROXIMATE CAUSUAL CONNECTION THAT RESULTED IN PLAINTIFF'S EMOTIONAL SUFFERING AND LIFE THREATENING SELF-INJURY IN VIOLATION OF THE CRUEL AND UNUSUAL PUNISHMENT CLAUSE UNDER THE EIGHT AMENDMENT TO THE UNITED STATES CONSTITUTION.

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

Page 18

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501

American LegalNet, Inc. | www.USCourtForms.com

HICKS V. WALKER

## PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY REQUEST THIS COURT:

1. DECLARE THE ACTS AND OMISSION DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE UNITED STATES CONSTITUTION.

2. ENTER JUDGEMENT IN FAVOR OF PLAINTIFF FOR NOMINAL, COMPENSATORY, AND PUNITIVE DAMAGES, AS ALLOWED BY LAW AGAINST EACH DEFENDANT IN THEIR INDIVIDUAL AND OFFICIAL CAPACITY, JOINTLY AND SEVERALLY.

3. ORDER SUCH ADDITIONAL RELIEF AS THE COURT MAY DEEM JUST AND PROPER.

DATED: DECEMBER 15, 2008

IN PROPER

26. *(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, not line numbers)*:

27. This page may be used with any Judicial Council form or any other paper filed with the court.

Page 19

Form Approved by the
Judicial Council of California
MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501

American LegalNet, Inc. | www.USCourtForms.com

# EXHIBIT COVER PAGE ☐ /

EXHIBIT

Description if this exhibit: _MEDICAL RECORDS ☞ ~~~~~

Number of pages to this exhibit: __3__ pages

JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☒ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☐ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY



RPTO3043  RPT#3. 4. 3  CWONG                15:06:19    07/24/07   PAGE:

INSTRUCTIONS: Initial and sign once each page. Use legend on back of form to record site of injection or reason for not administering medication/treatment.

MEDICATIONS AND TREATMENTS

Start  Stop

0708  TRIAMCINOLONE ACETONIDE
0519  (KENALOG 0.1% CREAM)
0707  1 TX CREAM(GM) TOPICAL TP
      BID
      APPLY THIN LAYER TO AFFECTED
      AREAS OF FACE BID ** D/C:

      (1- 0 )

0709  TRIHEXYPHENIDYL HCL
2336  2 MG ELIXIR ORAL PO
0707  BID
      D/C:

Wellbutrin 150 mg po
Bid

7/31/07  Artane 5 mg po Bid

PENICILLINS

MEDICATION AND TREATMENT RECORD

MH-5764 (10/93)
PAGE 1 of 2

Confidential Client/Patient Information
See W.&.I Code 5328

HICKS, MICHAEL J.

UNIT D5

PATIENT #    593-4

Month: Aug    Year: 2007



RPTO3043   RPT#3.4.3   MSANCHE1        13:16:27   11/27/07        PAGE: 1

INSTRUCTIONS: Initial and sign each page. Use legend on back of form to record site of injection or reason for not administering medication/treatment.

| Start | Stop | MEDICATIONS AND TREATMENTS | HOUR |
|-------|------|----------------------------|------|
| 1112 0621 0707 | | BUPROPION HCL (WELLBUTRIN) 100 MG TABLET ORAL PO TID D/C: (1- D ) | |
| 1112 2105 0707 | | DOCUSATE SODIUM (DULCOLAX STOOL SOFTENER) 200 MG CAPSULE ORAL PO Q AM D/C: STOP DATE 12/5/07 (1- D ) | |
| 1112 0621 0707 | | LITHIUM CITRATE (LITHIUM CITRATE 8 MEQ/5 ML SO 600 MG SOLUTION ORAL PO BID DILUTE IN WATER OR JUICE D/C: (1- D ) | |
| 1112 0621 0707 | | RISPERIDONE (RISPERDAL) 3 MG SOLUTION ORAL PO BID DILUTE IN JUICE OR WATER ** EMERGENCY KEYHEA MED * FIRST DOSE NOW * D/C: (1- D ) | |

PENICILLINS

Keyhea

MEDICATION AND TREATMENT RECORD

MH 5764 (10/93)
PAGE 1 of 2

Confidential Client/Patient Information
See W.&.I.Code 5328

Month: Dec          Year: 2007

HICKS, MICHAEL J.

UNIT D5

PATIENT #   593-4

21

RPTO3043   RPT#3.4.3   MSANCHE1
13:16:27   11/27/07   PAGE:

INSTRUCTIONS: Initial and sign once each page. Use legend on back of form to record site of injection or reason for not administering medication/treatment.

| MEDICATIONS AND TREATMENTS | HOUR | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Start | Stop

1112
2105  SELENIUM SULFIDE (SELSUN BLUE)
0707  1 BTL SHAMPOO TOPICAL TP
      QD
      D/C:
      (1- 0 )

1112
2105  TRIAMCINOLONE ACETONIDE
0707  (KENALOG 0.1% OINTMENT)
      1 TX OINT.(GM) TOPICAL TP
      HS
      D/C:
      (1- 0 )

1112
0621  TRIHEXYPHENIDYL HCL
0707  5 MG ELIXIR ORAL PO
      BID
      D/C:
      (1- 0 )

PENICILLINS

Keyhea

Month: Dec     Year: 2007

HICKS, MICHAEL J.

UNIT D5

PATIENT #   593-4

MEDICATION AND TREATMENT RECORD

MH 5764 (10/93)
PAGE 1 of 2

Confidential Client/Patient Information
See W 8 / Code 5328

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS
OUTPATIENT MEDICATION ADMINISTRATION RECORD
CDC 7231-A (Rev. 11/02)

FOR THE MONTH OF: December    YEAR: 2007

| NAME OF RN / MTA | Initial | NAME OF RN / MTA | Initial | NAME OF RN / MTA | Initial | NAME OF RN / MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | | | | | CPL Dour | UM |
| | | | | | | F. Bruillon TRN | P/S |
| | | | | | | AB | B |

Lithium Citrate
600mg p.o. bid
x 1 week
12·4·07
AM / NOON / PM / HS

Bupropion HCL
100 mg p.o. tid
x 3 days
12 4 07
AM / NOON / PM / HS

Risperdal 3mg p.o.
bid x 1 week
12·4·07
AM / NOON / PM / HS

Trihexyphenidyl HCL
5mg p.o. bid x 1 wk
12·4·07
AM / NOON / PM / HS

Im B.K-up
x 1 wk
Zyprexa 10mg 3 benadry
50mg Im for refusal
12·4·07 of psyche meds
AM / NOON / PM / HS

Seroquel 200mg p.o.
2 4° prn agitation
x 1 wk
12·4·07
AM / NOON / PM / HS

Prune juice q day
prn x 1 wk
12·4 07
AM / NOON / PM / HS

| NAME: | ALLERGIES: | CDC # | HOUSING: |
|---|---|---|---|
| Hicks | B 80852 | | A1 724 x1 22 |

# EXHIBIT COVER PAGE $\boxed{3}$

EXHIBIT

Description if this exhibit: *MEDICAL RECORDS OF 12-4*

Number of pages to this exhibit: _____/_____ pages

JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☒ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☐ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12-4-07 | | 1. | Lithium Citrate 600mg. p.o. BID x 1week. |
| | | 2. | Bupropion HCL 100mg. p.o. TID x 3days. |
| | | 3. | Risperdal 3mg. p.o. BID x 1week. |
| | | 4. | Trihexyphenidyl HCL 5mg. p.o. BID x 1week. |
| | | 5. | Zyprexa 10mg. with Benadryl 50mg IM for refusal of meds - Keyhea Backup x 1week. |
| | | 6. | Seroquel 200mg. p.o. Q4H. prn Agitation - Emergency Keyhea x 1week. |
| | | 7. | Prune Juice QD prn x 1week. |
| | | | T.O. Grubb, M.D./ Pm Gunter, RN |
| | | | noted 12-4-07  Pm Gunter, RN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ALLERGIES: PCN        INSTITUTION  CSPSac        ROOM/WING  FA1/27L

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

B80852

Hicks, Michael

**PHYSICIAN'S ORDERS**

# EXHIBIT COVER PAGE $\boxed{4}$

EXHIBIT

Description if this exhibit: *MEDICAL RECORDS*

Number of pages to this exhibit: _3_ pages

JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☒ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☐ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

27

| DATE | TIME | COMMENTS (USE S. O. A. P. E. FORMAT) |
|------|------|--------------------------------------|
| 12-06-07 | 1030 | S: "I'm really upset" |
| | | O: IM is reportedly on Keyhea to 02/2008 [per IM]. Per MAR current + Rx are |
| | | Lithium Citrate 600mg po BID, Buproprion 100mg po TID, Risperidone 3mg po |
| | | BID, Trihexyphenidyl 5mg po BID, Zyprexa 10mg IM for refusal of + Rx, Benadryl |
| | | 50mg IM (ⁱ use of Zyprexa) for refusal of + Rx, Seroquel 200mg po q4° prn agitation |
| | | Keyhea status requires confirmation - Keyhea coordinator is investigating - discusse |
| | | ⁱ Michael Jaffe MD who advises continuance of + Rx pending confirmation of Keyh |
| | | Chart is not available for review. IM states he desires to continue his + Rx unchang |
| | | Discussed + Rx ⁱ IM → he states intolerance to Cogentin (stomach ache), intolerance |
| | | of Benadryl (mild sedation), intolerance to "everything else" for side effects to |
| | | Risperidone except Artane. IM is aware decisions will be made ea: management |
| | | on Wellbutrin + Artane pending assessment of their indications/alternatives/risks + bene |
| | | in this clinical setting. IM voiced suicidal ideation ⁱ plan to hang self this am |
| | | (per IM on interview ⁱ myself). States now this was a maneuver on his part |
| | | to "get to talk to my case manager" and was not a genuine threat. IM goes on, |
| | | however, to voice considerable frustration ⁱ his perceived Treatment in PSU since |
| | | arrival through R+R on 12-04-07 from DMH (Salinas Valley). Affect is unstable |
| | | and at times charged, IM distorts back to me statements made by myself today |
| | | in interview ⁱ him, tends to misinterpret benign statements in negative/paranoid |
| | | ways, is inconsistent in his history of what he said (eg SI) and what he intend |
| | | in his communications earlier today. Has a degree of inconsistency also in his |
| | | reports surrounding his medication history. Eye contact is variable [cont] |

| INSTITUTION | CLINICIAN Jackson MD | BED NUMBER A1- 127 | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|-----------|------------|-------------|

David R Jackson MD

**INTERDISCIPLINARY PROGRESS NOTES**
CDCR 7230 MH (Rev. 06/06)
Confidential Client/Patient Information

Hicks

B80852

28

STATE OF CALIFORNIA                DEPARTMENT OF CORRECTIONS AND REHABILITATION

| DATE | TIME | COMMENTS (USE S. O. A. P. E. FORMAT) |
|------|------|--------------------------------------|
| 12-06-02 | 1030 | [continued] Speech is at times slightly pressured, irritability is evident, Thought are generally organized. IM makes statements minimizing need for clinical concern regarding his functioning and makes similar statements regarding concerns reportedly expressed to him by mental health personnel @ Salinas Valley. Gives inconsistent responses to MSE questions. It is unclear what have recently been his vegetative symptoms, whether he experiences AH. Case reviewed c̄ Therapist (Dr. Whelan) who expresses concern Re: SI. Suicide watch is not felt necessary but suicide precautions and placement into MH-cl are. |
| | | A: Psychosis NOS, Mood d/o NOS, IM requires placement into MH-oHU on suicide precautions |
| | | P: Place in MH-OHU on suicide precautions - IM is aware |
| | | Await resolution Re: Keyhea status - msg left c̄ coordinator Re: MHOHU pl: |
| | | Await chart |
| | | Discussed c̄ Drs. Freedman and Dicero in MH-OHU |
| | | David R Jackson |

| INSTITUTION | CLINICIAN | BED NUMBER | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|-----------|------------|-----------------------------------------------------|
| | Jackson            MD | A1-127 | Hicks  B80852 |

**INTERDISCIPLINARY PROGRESS NOTES**
CDCR 7230 MH (Rev. 06/06)
Confidential Client/Patient Information

29

**NOTE:  SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12-06-07 | 1025 | | Place in MH-OHU |
| | | | suicide precautions |
| | | | no sharps, no plastics, no furniture |
| | | | dx psychosis NOS |
| | | | continue current psychiatric medications |
| | | | regular diet |
| | | | limited issue |
| | | | Daniel R Jackson |
| | | | noted 12/6/07  S Smith |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ALLERGIES:

INSTITUTION  CSP-SAC

ROOM / WING  A1-127

CDC NUMBER, NAME (LAST, FIRST, MI)

Hicks

B80852

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

# EXHIBIT COVER PAGE $\boxed{5}$

**EXHIBIT**

Description if this exhibit: *MEDICAL RECORDS*

Number of pages to this exhibit: _____ 4 _____ pages

JURISDICTION: (Check One Only)

- [ ] MUNICIPAL COURT
- [x] SUPERIOR COURT
- [ ] APPELLATE COURT
- [ ] STATE SUPREME COURT
- [ ] UNITED STATES DISTRICT COURT
- [ ] STATE CIRCUIT COURT
- [ ] UNITES STATES SUPREME COURT
- [ ] GRAND JURY

31

| DATE | TIME | COMMENTS (USE S. O. A. P. E. FORMAT) |
|------|------|------|
| 12-6-07 | | S — WN 5 mos. in DMH Salinas — |
| | | O. Documentation problem on teyteg — |
| | | + no chart to verify or not |
| | | ⊕ sl I = per IM inconsistant |
| | | ā meds — |
| | | Given Wellbutrin, Artane |
| | | Respidol + Lithium in DMH — |
| | | Wellbutin DC'd by see V. |
| | | Demes ALH — |
| | | needs med adjustment |
| | | order — |
| | | claims no 115 x 7 mos. (claims Ab.l.Ty |
| | | A. Bipolar ?10 — (gave him |
| | | (nightmares |
| | | P.) Taper Wellbutrin off + Artane |
| | | 2) reduce Resperdol slowly. |
| | | 3) cont. Lith. |
| | | [signature] |
| | | Gary Freedman, MD Psychiatrist |

| INSTITUTION | CLINICIAN | BED NUMBER | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|-----------|------------|------|
| | | MH 04U | Hicks B-80852 MHOHU |

**INTERDISCIPLINARY PROGRESS NOTES**
CDCR 7230 MH (Rev. 06/06)
Confidential Client/Patient Information

STATE OF CALIFORNIA    DEPARTMENT OF CORRECTIONS AND REHABILITATION

32

STATE OF CALIFORNIA
**OUTPATIENT MEDICATION ADMINISTRATION RECORD**
CDC 7231-A (Rev. 11/02)

DEPARTMENT OF CORRECTION

FOR THE MONTH OF: ____    YEAR: 07

| AE OF RN / MTA | Initial | NAME OF RN / MTA | Initial | NAME OF RN / MTA | Initial | NAME OF RN / MTA | Initial |
|---|---|---|---|---|---|---|---|
| | | D. Bodiroga | DB | yula Carter | | Vista | |
| | | Gabon | Gu | | Sr | Frontann | |

Wellbutrin 75mg
BID x 7 days
then
12/06/07 x 7 days

Wellbutrin 75mg
QAM x 7 days & DC
12/06/07    x 7 days

Risperdal 2mg Mtab
BID x 90 days
12/06/07 - 3/01/08

Artane 2mg
r D PO x 14 days
12/06/07 x 14 days

Lithium Citrate (Liquid)
600 mg BID
x 90 days
12/06/07 - 3/01/08

F.B (Fecal blood) AA
stools x 4 days
12/27/07

CAM MD E Abd pain
& any N/V
12/21/07

NAME: Hicks

ALLERGIES:

CDC # B 80852

HOUSING:

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION**
**TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12-6-07 | 1715 | 1 | D/C All ↓ meds — |
| | | 2 | Wellbutrin 75 mg BID X 7 days then 75 mg q Am X 7 day & D/C |
| | | 3 | ~~the~~ Resperidal 2mg M-tabs BID X 90 days. |
| | | 4 | Artane 2mg BID PO X 14 days. |
| | | 5 | Lithium cat. 600 mg BID X 90 day. |
| | | | Freedman |

Noted 12-06-07 @ 2010 ⅃ Vargas LPT

12/07/07 @ 0130 24° Clean & Cheese — JC

12/7/07   D/C Wellbutrino.

Noted ⅃ KGuo @ pT
Sac
B1 - MORV

ALLERGIES:

INSTITUTION   ROOM/WING

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential
client information
See W & I Code, Sections 4514 and
5328

Hicks
B - 80852

34

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 7 Dec. 07 | 1105 | | 1. Remove from MH-OHU. |
| | | | 2. D/C suicide precautions. |
| | | | 3. Return to assigned housing. |
| | | | 4. Initiate 5/8 day suicide |
| | | | prevention observation. |
| | | | M D, Ciro Psy D |
| | | | noted (ahidy; set 12/7/07 @ 1300 when found. |
| | | | |

ALLERGIES:

INSTITUTION
CSP-SAC

ROOM/WING
B1-216

CDC NUMBER, NAME (LAST, FIRST, MI)

Hicks, Michael
B-80852
DOB= 4/25/57

Confidential
client information
See W & I Code, Sections 4514 and
5328

PHYSICIAN'S ORDERS

35

# EXHIBIT COVER PAGE $\boxed{6}$

Description if this exhibit: ,

Number of pages to this exhibit: _____2_____ pages

JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☒ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☐ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

36

| DATE | TIME | COMMENTS (USE S. O. A. P. E. FORMAT) |
|------|------|--------------------------------------|
| 12-21-07 | 1310 | S: "I'm very manipulative, and I'm going to f... with your head" |
| | | O: IM is on Kyber. Per MAR current ↓ Rx are Risperidone 2mg po BID (m Tabs), Artane 2mg po BID [stopped last night], Li Citrate 600mg po BID, Allergy to PCN. IM seen + interviewed, claims [contradictory] sexual side effects on Risperidone. IM had been on Wellbutrin to 12/7/7 when it was discontinued by Dr. Jaffee. IM denies depression, saddness, S/HI, A/v H. Tells me the quoted information above, goes on to relate similar sentiments afterwards. It is worth noting that IM entered interview with these comments, introducing them with by saying "Don't say anything, I got to say something first..." IM referenced his intention to "F.... with your head" repeatedly during interview. Discussed question of IM's credibility given his statements above, noted his c/o sexual side effects are internally contradictory. Discussed possible alternatives to Risperidone [Ability "weird scary dreams", Seroquel/Geodon "way too sedating...", etc [refuses all atypical, typical antipsychotics: then do 2° intolerable side effects + states he "can't take those"]. Mentions at one point he would consider Haldol but retracts when its side effects were reviewed. Noted therapists remarks to me earlier today that IM is "doing better right now than he's done before" + noted worrisome bxs on IM's part when not doing well. Noted to IM my reluctance to ∆ Rx given understanding of all the above + given his self statements regarding his intent to make assessment difficult. Discussed D/c Artane in favor of Amantadine |
| | | A: Bipolar d/o, stable c̄ prominent axis II phenomena. Appears to be tolerating Rx well x̄ possible adverse sexual side effects [this may well be not credible]. IM requests D/c Risperidone + trial "off those medicines [antipsychotics]". [cont] |

INSTITUTION

CLINICIAN: Jackson MD

BED NUMBER: A1-229

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hicks

B80852

**INTERDISCIPLINARY PROGRESS NOTES**
CDCR 7230 MH (Rev. 06/06)
Confidential Client/Patient Information

STATE OF CALIFORNIA     DEPARTMENT OF CORRECTIONS AND REHABILITATION

37

| DATE | TIME | COMMENTS (USE S. O. A. P. E. FORMAT) |
|------|------|--------------------------------------|
| 12-21-07 | 1310 | [cont] Does not in any way appear toxic or distressed. There is no outward evidence of distress or even concern when relating report of noted SE. Does not appear to DTS/DTO/GD. Discussed c̄ therapist. AIMS = Ø. |
| | | P: No Δ to Risperidone |
| | | D/c Artane + begin Amantadine 100mg po BID [discussed fully c̄ IM who claims no adverse rxn hx to Amantadine and also states intolerance of Cogentin "my eyes get blurry" and Benadryl "it makes me too sleepy". IM is aware Amantadine will be begun. |
| | | Monitor |
| | | Daniel R Jackson |

| INSTITUTION | CLINICIAN | BED NUMBER | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|-----------|------------|------------------------------------------------------|
| | Jackson   MD | A1-229 | Hicks |
| | | | B80852 |

**INTERDISCIPLINARY PROGRESS NOTES**
CDCR 7230 MH (Rev. 06/06)
Confidential Client/Patient Information

38

# EXHIBIT COVER PAGE $\boxed{7}$

EXHIBIT

Description if this exhibit: *MEDICAL RECORD*

Number of pages to this exhibit: *9* pages

JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☒ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☐ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

*39*

| DATE | TIME | COMMENTS (USE S. O. A. P. E. FORMAT) |
|------|------|--------------------------------------|
| 12-26-7 | 1545 | S: "... [Long pause, staring eye contact] ... I cut myself... I want to die :.. I swallow some glass .... I don't know what's happening in my head ... I want to die" |
| | | O: IM is on Keyhea, Per MAR current + Rx are Risperidone 2mg po BID, (m Tabs) Artane 2mg po BID, Li Citrate 600mg po BID. Orders written at last visit to D/C Artane + begin Amantadine appear to have been lost, as ∆s were not effected. IM seen by me today on referral from x cover case manager 2° concerns for voiced SI c̄ intent to attempt suicide p̄ IM broke his TV cut his Ⓛ wrist and "swallowed glass". IM tells me he does not understa "what's happening in my head", tells me he broke his TV cut his wrist and swallowed glass because he wants "to die". IM makes staring eye contact has flattening of affect, speaks deliberately + clearly but also has tendency to wander in his thoughts [word's are voiced clearly + distinctly]. IM states he does not feel safe, wants to die, says he will attempt again. Denies AH but appears to attend to internal stimuli. Discussed c̄ x cover therapist, Michael Jaffee MD., nurse Rick in TTA and custody officers in PSU. Dr. Jaffee approves suicide watch → case also discussed c̄ Dr. Bromley who will interface c̄ TTA around placement/disposition orders + will supply suici watch orders when needed [TTA staff state IM may be referred out to a local hospital for further evaluation/treatment]. |
| | | A: Bipolar d/o, stability severely impaired. IM felt to be a danger to self warranting suicide watch. Requires medical evaluation now. |
| | | P: Send to TTA now for eval/TX (medical), Dr. Bromley will arrange placement/eval |

| INSTITUTION | CLINICIAN Jackson   MD | BED NUMBER | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH Daniel R Jackson MD |
|-------------|------------------------|------------|-------------------------------------------------------------------------|

INTERDISCIPLINARY PROGRESS NOTES
CDCR 7230 MH (Rev. 06/06)
Confidential Client/Patient Information

Hicks

B80852

40

**NOTE:  SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication<br>(Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 12/26/7 | 1500 | | Abd XR to |
| | | | Td 0.5 cc IM x 1 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ALLERGIES:

INSTITUTION

ROOM / WING

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential
client information
See W & I Code, Sections 4514 and
5328

HICKS

B 80852

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)

41

| DATE | TIME | COMMENTS (USE S. O. A. P. E. FORMAT) |
|------|------|--------------------------------------|
| 12/26/07 | 330 | (LCSW) Licensed Clinical Social Worker note. CO's |
| | 50 | report Inmate-Pt Mr. Hicks cut his wrist and |
| | | is stating he wants to die. Upon interview |
| | | he presented as standing, quiet, appeared |
| | | disheveled, admitted he broke his TV and cut |
| | | himself w/ piece of glass. Also admitted |
| | | he swallowed piece of glass. States he |
| | | feels "sad" states "I want to die." |
| | | States "I don't feel good." mood |
| | | dysphoric affect flat. SI w/ act of |
| | | cutting self. Gives conflicting answer |
| | | regarding AH V H. denies any |
| | | recent family problems. May be |
| | | responding to internal stimulis. |
| | | A. GAF: 30    DX: 295.7 Schizoaffective Dis |
| | | P. admit to Mohu for further eval/tx per |
| | | Medical Clearance. |
| | | E. Convey to Inmate-Pt that he is being |
| | | sent to ER for further medical |
| | | eval and to Mohu as deemed as |
| | | per medical clearance & pt SI watch |
| | | as per his safety |

INSTITUTION: CSPS    CLINICIAN: Traeger, LCSW    SED NUMBER: 029

INTERDISCIPLINARY PROGRESS NOTES
CDCR 7230 MH (Rev. 06/06)
Confidential Client/Patient Information

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hicks, Michael
B. 80852
DOB. 04-25-57

STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS AND REHABILITATION

42

**NOTE:  SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| | | | ① Place in ZZ cell pending |
| 12/26/08 | 1105 | | MOHU availability |
| PASED to | | | ② Dx: Psycosis NOS |
| MOHU | | | ③ Suicide watch Q15min |
| Provas | | | ④ No Sharps or PLASTICS |
| PSu | | | ⑤ Limited issue: Safety |
| | | | Mattress, Safety blanket |
| 12/26/08 | | | Safety smock |
| 1605 | | | ⑥ Continue all meds |
| | | | TDO, Dr Brosley/Kr Ca |

**ALLERGIES** NKN

**INSTITUTION** CSP/SAC

**ROOM/WING** A1 229

**CDC NUMBER, NAME (LAST, FIRST, MI)**
Hicks
B 80852

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

43

| DATE | TIME | |
|------|------|---|
| 12/26/07 | | 50 y/o ♂ inmate who swallowed some glass ~ 30' ago. |
| | | Says he wrapped it around some toilet paper |
| | | Denies abd pain, nausea. Also cut his Ⓡ wrist x 2 |
| | | PE - Difficult to understand |
| | | HEENT - ∅ mouth sores or bleeding, minor abrasion on frenulum |
| | | CV - Reg |
| | | Chest - Clr |
| | | Abd - Soft, NT, ND |
| | | Ext - 2 superficial linear abrasions c̄ |
| | | active bleeding Ⓡ wrist, minor |
| | | bruises Ⓑ lower shins |
| | | A/P Hx glass ingestion - Refused x2 |
| | | Superficial linear lacs Ⓡ wrist - Cleaned + bandaged |
| | | applied neosp. |
| | | Td 0.5cc 1m x 1 |
| | | Suicide Attempt - ♥ to see |

INSTITUTION CCA/8AC   HOUSING UNIT A8-213

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

**INTERDISCIPLINARY PROGRESS NOTES**

HICKS
B 80852

44

CDC 7230 (Rev 04/03)

DEPARTMENT OF CORRECTIONS

| DATE | TIME | IM |
|------|------|----|
| 12/27/7 | 9⁴⁰ | chart Reviewed |
|  |  | Pt seen & eval. |
| αFP 3,07 2.7 (N) |  | Up @ room. Pacing seems Comfortable. |
| LFT (N) | 11/07 | No Complaints. |
| A1C 4.8 |  | Reports Swallowing Glass 2° to Suicide attempt |
| PSA (N) |  | 98' 97 20 97/66 99% RA |
| ANA Negative |  | A. AX3 Motor Sym blunt affect |
| ESR (N) |  | CTA bilat |
|  |  | RRR, ØM |
| Res ? Blood in |  | Sft, Abd ⊖, BS↓, ØT, ØR, ØG |
|  | toilet Paper | Refuses rectal |
|  |  | Ø edema |
|  |  |  |
|  |  | A/p ① Suicide attempt c̄ Glass Ingestion |
|  |  | ② Hcp C+ |
|  |  | Refused Xray yesterday will do it Now (√ AF level) etc |
|  |  | Monitor, repeat labs. if any Δ or Pain → UCD. |

INSTITUTION    HOUSING UNIT

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hicks,

B 80852

**INTERDISCIPLINARY PROGRESS NOTES**

45

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                DEPARTMENT OF CORRECTIONS

## MEDICAL REPORT OF INJURY
## OR UNUSUAL OCCURRENCE

| NAME OF INSTITUTION | FACILITY/UNIT | REASON FOR REPORT *(circle)* | | ON THE JOB INJURY | DATE |
|---|---|---|---|---|---|
| CSPSAC | AFAC PSU | INJURY / USE OF FORCE / UNUSUAL OCCURRENCE | CDC NUMBER | PRE AD/SEG ADMISSION | 12/26/07 |

| THIS SECTION FOR INMATE ONLY | NAME: Hicks | LAST | FIRST | CDC NUMBER B80852 | HOUSING LOC. AZ 129 | NEW HOUSING LOC. |
|---|---|---|---|---|---|---|

| THIS SECTION FOR STAFF ONLY | NAME | LAST | FIRST | BADGE # | RANK/CLASS | ASSIGNMENT/RDOs |
|---|---|---|---|---|---|---|

| THIS SECTION FOR VISITOR ONLY | NAME | LAST | FIRST | MIDDLE | DOB | OCCUPATION |
|---|---|---|---|---|---|---|
| | HOME ADDRESS | | CITY | STATE | ZIP | HOME PHONE |

| PLACE OF OCCURRENCE Block PSU | DATE/TIME OF OCCURRENCE 12/26/07 1600 | NAME OF WITNESS(ES) | | | | | |
|---|---|---|---|---|---|---|---|
| TIME NOTIFIED 1600 | TIME SEEN 1600 | ESCORTED BY STAFF | MODE OF ARRIVAL *(circle)* LITTER WHEELCHAIR AMBULATORY ON SITE | AGE | RACE W | SEX M |

BRIEF STATEMENT IN SUBJECT'S WORDS OF THE CIRCUMSTANCES OF THE INJURY OR UNUSUAL OCCURRENCE

I swolled glass and cut my self

Error

| INJURIES FOUND? | YES / NO | |
|---|---|---|
| Abrasion/Scratch | 1 | |
| Active Bleeding | 2 | |
| Broken Bone | 3 | |
| Bruise/Discolored Area | 4 | |
| Burn | 5 | |
| Dislocation | 6 | |
| Dried Blood | 7 | |
| Fresh Tattoo | 8 | |
| Cut/Laceration/Slash | 9 | |
| O.C. Spray Area | 10 | |
| Pain | 11 | |
| Protrusion | 12 | |
| Puncture | 13 | |
| Reddened Area | 14 | |
| Skin Flap | 15 | |
| Swollen Area | 16 | |
| Other | 17 | |
| | 18 | |
| | 19 | |

1/9

| O.C. SPRAY EXPOSURE? | YES / NO |
|---|---|
| DECONTAMINATED? | YES / NO |
| Self-decontamination instructions given? | YES / NO |
| Refused decontamination? | YES / NO |
| Q 15 min. checks | |
| Staff issued exposure packet? | YES / NO |

| RN NOTIFIED/TIME 12/26/07 1600 | PHYSICIAN NOTIFIED/TIME 12/26/07 1600 |
|---|---|

| TIME/DISPOSITION 12/26/07 | ZZ CECI |
|---|---|

REPORT COMPLETED BY TITLE / (PRINT AND SIGN)    BADGE #    RDOs

*(Medical data is to be included in progress note or emergency care record filed in UHR)*

STATE OF CALIFORNIA                                                      DEPARTMENT OF CORRECTIONS AND REHABILITATION
SUICIDE RISK ASSESSMENT CHECKLIST
CDCR 7447 (06/06)

## SUICIDE RISK ASSESSMENT CHECKLIST

**FACILITY** _PSU_

**LOC:** ☐ None ☐ CCCMS ☑ EOP ☐ MHCB    **HOUSING:** ☐ RC ☐ GP ☐ CTC ☐ ASU ☑ PSU/SHU ☐ OTHER_____
Marital Status: _S_ Ethnicity: _Caucasian_ Controlling Offense: _Rape / forced_ Custody Level: _4_ EPRD: _Life_
_oral copulation_
Reason for Suicide Risk Evaluation (check one of the following):

☐ To determine the need for referral to the crisis (MCHB) program          ☐ To formulate treatment planning
☐ To assist with the discharge planning from CCCMS, EOP, or MHCB    ☑ Other _Cut wrist_
program

**Sources of Information:** ☑ C/O or Staff Interview    ☑ I/M Interview    ☐ UHR    ☐ C-File

**USE THIS CHECKLIST AS A GUIDE FOR THE CLINICAL ASSESSMENT OF SUICIDE RISK:**

**Static Risk Factors – (unchanging, historical):**

☑ Ethnicity: Caucasian
☑ History of suicide attempt in CDCR
☑ Sex Offender
☑ History of violence
☑ History of substance abuse

☑ Suicide ideation/threats in past, Dates: _Multiple_
☑ Previous suicide attempts (when and method): _____
☐ Family history of suicide
☑ History of mental illness, Axis 1 Hx: _295.7 Schizoaffective)_

**Slowly Changing Risk Factors – (long-term risk factors):**

☐ First prison term
☑ Long or life sentence, three strikes
☑ Hx of poor impulse control or poor coping skills
☐ Early in prison term
☐ Protective custody

☐ Known new court proceedings/disciplinary actions
☑ Current Ad Seg, SHU, or PSU terms
☑ Level 4 custody score
☐ Chronic, serious or terminal illness

**Dynamic Risk Factors – (short-term risk factors; continue to assess):**

☑ Suicide intent
☑ Recent suicidal ideation, acute/chronic
☐ Recent release from psychiatric hospital
☑ Sudden calm following suicidal ideation/attempt
☐ Anxious, agitated or fearful
☑ Disturbance of mood (depression or mania)
☑ Affective instability or lability
☐ Current insomnia, poor appetite or anorexia
☑ Perceived lack of support system
☐ Hopelessness or helplessness
☐ Feelings of guilt or worthlessness
☑ Fearful for safety

☐ Suicide plan
☐ Anniversary of important loss
☐ Recent rejection or loss
☑ Single-cell placement
☐ Significant current impulsivity
☑ Recent suicide attempt or self-injury
☐ Well planned or highly lethal attempt / ideation
☐ Hoarding or cheeking medication
☐ Poor compliance with treatment or medication
☐ Recent trauma or threat to self-esteem
☐ Recently assaultive or violent
☐ Pre-death behavior e.g. note, give things away

**Protective Factors:**
(check all that apply)

☐ Family Support
☐ Children at home
☐ Religious support
☐ Spousal support
☐ Supportive friends
☐ Helping others
☐ Insight into problem
☐ Realistic life plan
☐ Exercises regularly
☐ Group activities
☐ Job assignment
☑ Other:
_meds_

**Evaluation of Risk Based on Above Factors, Interview of Inmate and other Information:**

Summarize: _Cut wrist, states he swallowed a piece of glass._
_States he wants to die. States he feels numb now._

☐ No Apparent Significant Risk    ☐ Low Risk    ☐ Moderate Risk    ☑ High Risk    ☐ Conditional Risk

**Recommendation / Plan (check all that apply):**

☐ No referral needed
☐ Referral to Primary Clinician/Case manager
☐ Referral to Psychiatrist for medication review

☐ Discharge to lower level of care
☐ Crisis bed placement on suicide precaution
☐ Crisis bed placement on suicide watch
☐ OHU placement

☐ DMH referral
☐ IDTT/TX plan to address risk factors
☐ Suicide watch
☐ Suicide precautions

See Additional Comments: (on Form_____) Dated (required)_____

Clinician name/Title: _A Paupe wases_ Signature _____ Date: _12-26-07_ Time: _3:10_

**MENTAL HEALTH**
**SUICIDE RISK ASSESSMENT CHECKLIST**
**CDCR XXXX (06/06)**
Confidential Inmate/Patient Information

Last Name: _Hicks_ First Name: _Michael_ MI: _____

CDC# _B-80852_ DOB _4.25.57_

## REFUSAL OF EXAMINATION AND / OR TREATMENT

| PATIENT NAME *(TYPE OR PRINT CLEARLY)* | CDC NUMBER | INSTITUTION |
|---|---|---|
| | | |

Having been fully informed of the risks and possible consequences involved in refusal of the examination and/or treatment in the manner and time prescribed for me, I nevertheless refuse to accept such examination and/or treatment. I agree to hold the Department of Corrections, the staff of the medical department and the institution free of any responsibility for injury or complications that may result from my refusal of this examination and/or treatment, specifically:

Describe the examination and/or treatment refused as well as the risks and benefit of the intervention: _____

_Pt refuses an x-ray of abdomen because of_
_swollowing Glass. This pt states he understand_
_that CSP/SAC is not responsible_
_for his care. Pt refuses Tetanus_
_shot also_

| PATIENT SIGNATURE | DATE | ☒ PATIENT REFUSES TO SIGN | DATE 12/26/n |
|---|---|---|---|
| | | WITNESS | |
| NAME OF WITNESS *(PRINT/TYPE)* | | NAME OF WITNESS *(PRINT/TYPE)* D. DeASon | |
| WITNESS SIGNATURE | DATE 12/26/n | WITNESS SIGNATURE | DATE 12-26-07 |

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Hicks
B-80852

REFUSAL OF EXAMINATION AND / OR TREATMENT

# EXHIBIT COVER PAGE $\boxed{A}$

EXHIBIT

Description if this exhibit: *EXHIBITED APPEAL 2-4-08*

Number of pages to this exhibit: _____5_____ pages

JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☐ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

49

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location:   Institution/Parole Region

1. _SACH_
2. _____

Log No. _08-00535_
1. _____
2. _____

Category _8_
_Dbaj_

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| HICKS, MICHAEL J. | B-80852 | PSU | AL2 16 |

A. Describe Problem: _BETWEEN THE PERIOD OF 12-4-07 THRU 12-26-07_
_WHILE UNDER THE TREATMENT AND CARE OF DENNIS_
_JACKSON, M.D., I COMPLAINED THAT THE INVOLUNTARY_
_USE OF RESPERADAL WAS CAUSING ME SEVERE AGITATION_
_WITH POOR IMPULSE CONTROL ON TWO SEPERATE OCCASION'S_
_I REQUESTED THAT HE EITHER LOWER THE DOSAGE (6 MG. A DAY),_
_OR SELECT A SUITABLE ALTERNATIVE. DR. JACKSON REFUSED_
_TO TAKE ANY ACTION TO RELIEVE MY SIDE EFFECTS._

If you need more space, attach one additional sheet.                    _CONT. PAGE 1_

B. Action Requested: _1. THAT MY T.V. BE REPLACED AT DEPARTMENTAL_
_EXPENSE._

Inmate/Parolee Signature: _Michael G. Hicks_          Date Submitted _2-4-08_

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _Since the Resperadal was discontinued_
_this should resolve the issue. To replace_
_a T.V. you must go through Custody._
_Medical staff cannot approve this issue._

Staff Signature: _L. Leahy_          Date Returned to Inmate: _3/3/08_

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_DISSATISFIED WITH INFORMAL LEVEL, SUBMIT TO FORMAL_
_LEVEL BASED UPON THE ABOVE OF SECTION A._

Signature: _Michael G. Hicks_          Date Submitted: _____

CDC Appeal Number:

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

_Explanation needed -_
_via O'Brian_

FEB 27 2008

RECEIVED
CDC - SAC     50

FEB 12 2000

DESCRIBE PROBLEM: CONT

MICHAEL HICKS
B-80852
LOG #

ON 12-26-07, I BEGAN TO EXPERIENCE SEVERE AGITATION COUPLED WITH SUICIDAL IDEATIONS. I INFORM CUSTODY OF MY CONDITION YET NO ACTION WAS TAKEN THAT I AM AWARE OF.

AT APPROXIMATELY 1:45 P.M., I BROKE MY T.V. IN A FIT OF AGITATION. I THEN INGESTED SOME OF ITS GLASS AND CUT MY WRISTS. (SEE ATTACHED CDC-128-B, DATED 12-26-07, BY C/O GREEN).

WHEN I WAS SEEN BY OTHER PSYCHIATRIST THE RESPERADOL WAS IMMEDIATLY DISCONTINUED STATING THE DOSAGE AS OVER-PRESCRIBED WITH NO PRESCRIPTION OF SIDE-EFFECT MEDICATION.

DR. JACKSON UNDER THE AUTHORITY OF KEYHEA FORCED THIS MEDICATION UPON ME. I BROKE MY T.V. AND TRYED TO KILL MYSELF AS A RESULT.

Submittal.

Michael L. Hicks

51

First Level    □ Granted    □ P. Granted    □ Denied    □ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved:    Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

Second Level    □ Granted    ☑ P. Granted    □ Denied    ☑ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

□ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:   □ Granted    □ P. Granted    □ Denied    □ Other _____

□ See Attached Letter

Date: _____

CDC 602 (12/87)

52

| About Us | Catalog | Rules & Regulations | Ordering Information | FAQ | Contact Us | **walkenhorst's** |

**Confirmation Page**

Order #: 5546

Date: 11/29/2005 03:43 PM PST

**Billing Information:** Edit

**Shipping Information:** Edit

California State Prison, Sacramento
Special Purchase
100 Prison Rd.
PO Box 290066
Represa, CA 95671

Rosen, Bien & Asaro LLP
155 Montgomery St.
8th Floor
San Francisco, CA 94104
United States
Phone: 415-433-6830

**Inmate:** Michael Hicks
**Inmate Number:** B-80852
**Housing Unit:** A-2-119

| Item | Quantity | Price | Total |
|------|----------|-------|-------|
| KTV 13" Clear Color TV<br>Code: 11015-004 | 1 | $113.57 | $113.57 |

**Payment Information:**

| | |
|---|---|
| Sub-Total: | $113.57 |
| Shipping & Handling: | $4.00 |
| Sales Tax: | $8.80 |
| Total Due: | $126.37 |

**Payment Type:** MasterCard
Credit Card.
**Expiration** 
**Name on Ca**
**Card ID Nun**

Please print this page for your records

NOTE: Order is not submitted until you click the "Place Order" button

Walkenhorst's · 1774 Industrial Way · Napa, California 94558 · Toll Free: 877.660.9255 · Fax: 707.255.1974
Email: info@walkenhorsts.com

Hours Monday - Friday: 8am - 5pm · Saturday: 9am - 12 noon (PST)

© Copyright 2004 Walkenhorst's. All Rights Reserved.

53

NAME and NUMBER    HICKS B-80852

CDC-128-B Rev. 474

On Wednesday, December 26, 2007 at approximately 1305 hours, I responded to cell A-1129s which was solely occupied by inmate HICKS B-80852. As I approached the cell door I could clearly see glass under the door and in the tier gutter, he had broken his television. I instructed HICKS to step towards the rear of the cell, that is when I noticed he had blood on his wrists, he had cut himself utilizing the glass from his television. I then instructed HICKS to come to the food port and submit to hand cuffs, he complied. The cell door was opened and Officer Price applied leg restraints. We escorted HICKS to the rotunda temporary holding cell for medical evaluation at which time HICKS stated that he was suicidal. HICKS was given the opportunity to talk to a psychiatrist and had his wound cleaned by the RN before he was taken to the  A Facility TTA.

ORGIN:  Central File
cc:  Facility Captain
     Counselor
     PSU Property Officer

DATE    12/26/07

Correctional Officer
A-Facility Building 1, 3/W
California State Prison-Sacramento

GENERAL CHRONO

# EXHIBIT COVER PAGE $\mathcal{B}$

EXHIBIT

Description if this exhibit: *SCREEN-OUT 2-6-08*
*CHALLENGE 2-12-08*

Number of pages to this exhibit: _2_ pages

JURISDICTION: (Check One Only)

- ☐ MUNICIPAL COURT
- ☐ SUPERIOR COURT
- ☐ APPELLATE COURT
- ☐ STATE SUPREME COURT
- ☒ UNITED STATES DISTRICT COURT
- ☐ STATE CIRCUIT COURT
- ☐ UNITES STATES SUPREME COURT
- ☐ GRAND JURY

55

## INMATE/PAROLEE APPEAL SCREENING FORM

**PLEASE FOLLOW INSTRUCTIONS AND RETURN WITH YOUR CDC 602-**

Name _NICK_ CDC#: _B80852_ Issue: _8_ Housing: _A1-246_

YOUR CDC 602/1824 APPEAL FORM IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ 1. The action or decision being appealed is not within the jurisdiction of this department. (File BPT form 1040 attached).

☐ 2. You have submitted a duplicate appeal on the same issue. Check one:
    ☐ Your first appeal is currently under review at the _____ level.
    ☐ This appeal has been withdrawn.
    ☐ Your appeal was completed, Log # _____.

☐ 3. You are appealing an action not yet taken.

☐ 4. You have not attempted to resolve the problem at the informal level with: _____
    ☐ Counselor/CCI ☐ Dental Office    ☐ Visiting Sgt.  ☐ Records    ☐ Housing Unit C/O
    ☐ Medical Clinic ☐ Trust Office    ☐ Mailroom   ☐ Law Library   ☐ C/O who Inventoried Prop
    ☐ Psyche Clinic ☐ I/M Assignment Office  ☐ R&R    ☐ Fac. Prop. C/O    ☐ Other

☐ 5. You have not adequately completed the Inmate/Parolee form (CDC 602) or attached the proper documents.

*Please attach the following items or explain why they are not available and send what you have back to the Appeals Office ASAP*

☐ CDC 115  After Completion of RVR
☐ CDC 115A  ☐ Supplemental  ☐ Incident Report
☐ CDC 1858  Rights and Responsibilities Statement
☐ CDC 1845  Inmate/Parolee Disability Verification
☐ CDC 128-G  Initial Classification Committee
☐ CDC 128-G  ICC/UCC Classification Committee Action
☐ CDC 128-G UCC ☐ CSR Referral ☐ Annual Review
☐ CDC 128-G ASU/ICC Chrono as checked: ☐ Walk Alone
☐ CDC 128-G Ad/Seg Initial Chrono  ☐ CDC 114D
☐ CDC 128-G Ad/Seg ICC Class. Committee CSR Referral
☐ CDC 128-G  CSR Endorsement
☐ CDC 7362  Health Care Request (-pay)
☐ CDC 629-A/B SHU Term Assessment Sheet
☐ CDC 7219  Medical Report
☐ Other (See Below)
☐ You may not request forms/documents thru the appeal process
☐ You may only file 1 non-emergency appeal per 7 days, CCR 3084.4(a)

☐ CDC 1819  Denied Publications
☐ CDC 1030  Confidential Disclosure form
☐ CDC 128-A  ☐ CDC 128-B  ☐ CDC 128-C
☐ CDC 128-B1  Request for Removal from Assignment
☐ CDC 128-B2  SSU/IGI Gang Validation
☐ Resubmit First Level Response
☐ Single Cell ☐ Release from ASU ☐ SHU Recommendation
☐ CDC 143 Prop./Trans. Receipt  ☐ Cell Search Receipt
☐ Appeal Process not to be used for interrogatory process
☐ CDC 839/840 Classification/Reclassification Score Sheet
☐ Complete Section: _____
☐ Sign & Date Section: ____
☐ Emergency Processing Not Warranted Per CCR 3084.7
☐ You must start appeal in Section A/B (then add 1 page)
☐ You cannot write "See Attached" in Section A or B

☐ Failed to reasonably demonstrate, action, policy or condition as having an adverse affect upon the inmate's welfare, per CCR 3084.1(a).

☑ 6. The appeal exceeds the 15 working day time limit and the inmate has failed to offer a credible explanation as to why he could not submit the appeal within established time limits, CCR 3084.2(c), 3084.3(c)(6), 3084.6(c).

☐ 7. A limit of only one continuation page, front and back, may be attached to the appeal to describe the problem and action requested in Sections A and B. CCR 3084.2(a)(1)

☐ 8. You may not submit an appeal on behalf of another inmate.

☐ 9. You must re-attach all previous Screening Forms (CDC 695's) relative to this appeal before the appeal can be processed any further. _Incident occurred 12-26-07._ _602_

COMMENTS: _renewed 2-5-08_

_J. O'Brian_
I. O'BRIAN, CCII - Appeals Coordinator CSP-Sacramento

Date _2 · 6 · 08_

NOTE: This screening action may not be appealed unless you allege that the above reason is inaccurate. In such case, please return this form to the Appeals Coordinator with the necessary information.

56

FEBRUARY 12, 2008

MICHAEL J. HICKS
B-80852 A1-216


APPEALS COORDINATOR
SACRAMENTO STATE PRISON


Re: APPEAL SCREEN OUT CHALLENGE


DEAR APPEALS COORDINATOR,
    ON 2-4-08, I SUBMITTED AN APPEAL WHICH
YOUR OFFICE REJECTED ON 2-6-08 AS VIOLATING THE
15-DAY TIME LIMIT.
    THE CREDIBLE EXPLANATION TO FILE THIS LATE
APPEAL IS THAT I WAS RETAINED IN CTC II FOR
OVER TWO WEEKS, AND THAT I DID NOT RECIEVE
THE ATTACHED CDC-128-B UNTIL ABOUT 1-22-08.
THE DELAY IN RECIEVING THE CHRONO AND
KNOWING THAT IT NEEDED TO BE ATTACHED
BEFORE FILING THE APPEAL IS WHY IT WAS DELAYED.
    SHOULD YOU REJECT THIS CHALLENGE, MY
ADMINISTRATIVE REMEDIES SHALL BE DEEMED
EXHAUSTED AS A MATTER OF LAW.

                    Thank You...

                    Michael J. Hicks

# EXHIBIT COVER PAGE  $\mathcal{C}$

EXHIBIT

2-15-08           2-26-08

Description if this exhibit: *APPEAL SCREEN-OUT/CHALLENGE*

Number of pages to this exhibit: _____ *3* _____ pages

JURISDICTION: (Check One Only)

- ☐ MUNICIPAL COURT
- ☐ SUPERIOR COURT
- ☐ APPELLATE COURT
- ☐ STATE SUPREME COURT
- ☒ UNITED STATES DISTRICT COURT
- ☐ STATE CIRCUIT COURT
- ☐ UNITES STATES SUPREME COURT
- ☐ GRAND JURY

5.8

State of California
Department of Corrections Case 2:08-cv-02844-MCE-KJM Document 7 Filed 12/24/08 Page 59 of 101 CA 95671

INMATE/PAROLEE APPEAL SCREENING FORM

PLEASE FOLLOW INSTRUCTIONS AND RETURN WITH YOUR CDC 602-

Name _____ CDC#: _____ Issue: ___8___ Housing: _A1-216_

YOUR CDC 602/1824 APPEAL FORM IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ 1. The action or decision being appealed is not within the jurisdiction of this department. (File BPT form 1040 attached).

☐ 2. You have submitted a duplicate appeal on the same issue. Check one:
    ☐ Your first appeal is currently under review at the _____ : _____ level.
    ☐ This appeal has been withdrawn.     *RECIEVED 2-26-08*
    ☐ Your appeal was completed, Log # _____.

☐ 3. You are appealing an action not yet taken.

☐ 4. You have not attempted to resolve the problem at the informal level with: _____
    ☐ Counselor/CCI ☐ Dental Office   ☐ Visiting Sgt.   ☐ Records   ☐ Housing Unit C/O
    ☐ Medical Clinic ☐ Trust Office   ☐ Mailroom   ☐ Law Library   ☐ C/O who Inventoried Prop
    ☐ Psyche Clinic ☐ I/M Assignment Office   ☐ R&R   ☐ Fac. Prop. C/O   ☐ Other

☑ 5. You have not adequately completed the Inmate/Parolee form (CDC 602) or attached the proper documents.

*Please attach the following items or explain why they are not available and send what you have back to the Appeals Office ASAP*

☐ CDC 115 After Completion of RVR
☐ CDC 115A ☐ Supplemental ☐ Incident Report
☐ CDC 1858 Rights and Responsibilities Statement
☐ CDC 1845 Inmate/Parolee Disability Verification
☐ CDC 128-G Initial Classification Committee
☐ CDC 128-G ICC/UCC Classification Committee Action
☐ CDC 128-G UCC ☐ CSR Referral ☐ Annual Review
☐ CDC 128-G ASU/ICC Chrono as checked: ☐ Walk Alone
☐ CDC 128-G Ad/Seg Initial Chrono ☐ CDC 114D
☐ CDC 128-G Ad/Seg ICC Class. Committee CSR Referral
☐ CDC 128-G CSR Endorsement
☐ CDC 7362 Health Care Request (-pay)
☐ CDC 629-A/B SHU Term Assessment Sheet
☐ CDC 7219 Medical Report
☐ Other (See Below)
☐ You may not request forms/documents thru the appeal process
☐ You may only file 1 non-emergency appeal per 7 days, CCR 3084.4(a)
☐ Failed to reasonably demonstrate, action, policy or condition as having an adverse affect upon the inmate's welfare, per CCR 3084.1(a).

☐ CDC 1819 Denied Publications
☐ CDC 1030 Confidential Disclosure form
☐ CDC 128-A ☐ CDC 128-B ☐ CDC 128-C
☐ CDC 128-B1 Request for Removal from Assignment
☐ CDC 128-B2 SSU/IGI Gang Validation
☐ Resubmit First Level Response
☐ Single Cell ☐ Release from ASU ☐ SHU Recommendation
☐ CDC 143 Prop./Trans. Receipt ☐ Cell Search Receipt
☐ Appeal Process not to be used for interrogatory process
☐ CDC 839/840 Classification/Reclassification Score Sheet
☐ Complete Section: _____
☐ Sign & Date Section: ____
☐ Emergency Processing Not Warranted Per CCR 3084.7
☐ You must start appeal in Section A/B (then add 1 page)
☐ You cannot write "See Attached" in Section A or B

☐ 6. The appeal exceeds the 15 working day time limit and the inmate has failed to offer a credible explanation as to why he could not submit the appeal within established time limit., CCR 3084.2(c), 3084.3(c)(6), 3084.6(c).

☐ 7. A limit of only one continuation page, front and back, may be attached to the appeal to describe the problem and action requested in Sections A and B. CCR 3084.2(a)(1)

☐ 8. You may not submit an appeal on behalf of another inmate.

☐ 9. You must re-attach all previous Screening Forms (CDC 695's) relative to this appeal before the appeal can be processed any further.

COMMENTS: *I'll accept your explanation for not meeting time limits! This 602 will be about medical. Your request for the TV replaced is a*

_____
I. O'BRIAN, CCII - Appeals Coordinator CSP-Sacramento

2 · 15 · 08
Date

NOTE: This screening action may not be appealed unless you allege that the above reason is inaccurate. In such case, please return this form to the Appeals Coordinator with the necessary information.

*CHALLENGED*    59

different issue / a different 602.
Line out this request in Sec. B &
return.

MICHAEL J. HICKS
B-60852 A1-216

SECOND CHALLENGE TO APPEAL        APPEAL LOG#_____

SCREENING REJECTION DATED: 2-15-08

I CHALLENGE THE APPEAL SCREENING FORM OF 2-15-08.
IF I WERE TO COMPLY WITH THE SCREENING FORM
COMMENTS SECTION AND ACTUALLY FILE A SECOND APPEAL
FOR THE REPLACEMENT OF MY PERSONAL T.V., THE
DESCRIBE PROBLEM PORTION NARATION OF WHAT TOOK
PLACE AS THE BASIS OF MY CLAIM WOULD BE EXACTLY A
WORD FOR WORD APPEAL.

THEREFORE, I WILL NOT ALLOW THE APPEALS OFFICE TO
DICTATE MY "ACTION REQUESTED". HOWEVER, IN A SPIRIT
OF MEANINGFUL RESOLUTION... I HEREBY LINE OUT
MY SECOND REQUESTED ACTION TO BE ASSIGNED AN
ALTERNATE PSYCHIATRIST.

DATED: 2-26-08              Michael J. Hicks

61

# EXHIBIT COVER PAGE $\boxed{D}$

EXHIBIT

Description if this exhibit: *SCREEN-OUT 2-28-08*
*COMPLIED: 3-6-08*

Number of pages to this exhibit: ___1___ pages

JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☐ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

62

State of California
Department of Corrections

Case 2:08-cv-02844-MCE-KJM   Document 7   Filed 12/24/08   Page 63 of 101

Appeals, State Prison-
Sacramento
P.O. Box 29, Represa, CA 95671

## INMATE/PAROLEE APPEAL SCREENING FORM

**-PLEASE FOLLOW INSTRUCTIONS AND RETURN WITH YOUR CDC 602-**

Name __Nulls__   CDC#: __B80852__   Issue: __8__   Housing: __A1-216__

YOUR CDC 602/1824 APPEAL FORM IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ 1. The action or decision being appealed is not within the jurisdiction of this department.

☐ 2. You have submitted a duplicate appeal on the same issue. Check one:
   ☐ Your first appeal is currently under review at the _____ level – Log # _____.
   ☐ This appeal has been withdrawn.
   ☐ Your appeal was completed, Log # _____.

☐ 3. You are appealing an action not yet taken.

☒ 4. You have not attempted to resolve the problem at the informal level with: _____.
   ☐ Counselor   ☐ Dental Office   ☐ Visiting Sgt.   ☐ Records   ☐ Housing Unit C/O
   ☒ Medical Clinic   ☐ Trust Office   ☐ Mailroom   ☐ Law Library   ☐ C/O who Inventoried Prop
   ☐ Psyche Clinic   ☐ I/M Assignment Office   ☐ R&R   ☐ Fac. Prop. C/O   ☐ Other _____

☐ 5. You have not adequately completed the Inmate/Parolee form (CDC 602) or attached the proper documents.

*Please attach the following items or explain why they are not available and send what you have back to the Appeals Office ASAP*

☐ CDC 115 After Completion of RVR
☐ CDC 115A ☐ Supplemental ☐ Incident Report
☐ CDC 1858 Rights and Responsibilities Statement
☐ CDC 1845 Inmate/Parolee Disability Verification
☐ CDC 128-G Initial Classification Committee
☐ CDC 128-G ICC/UCC Classification Committee Action
☐ CDC 128-G UCC ☐ CSR Referral ☐ Annual Review
☐ CDC 128-G ASU/ICC Chrono as checked: ☐ Walk Alone
☐ CDC 128-G Ad/Seg Initial Chrono   ☐ CDC 114D
☐ CDC 128-G Ad/Seg ICC Class. Committee CSR Referral
☐ CDC 128-G CSR Endorsement
☐ CDC 629-A/B SHU Term Assessment Sheet
☐ CDC 7219 Medical Report
☐ Other (See Below)
☐ You may not request forms/documents thru the appeal process
☐ Submit Inmate Request for Interview not a 602
☐ You may only file 1 non-emergency appeal per 7 days, CCR 3084.4(a)
☐ Staff Complaint or _____

☐ Appeal not ADA ISSUE
☐ CDC 1819 Denied Publications
☐ CDC 1030 Confidential Disclosure form
☐ CDC 128-A ☐ CDC 128-B ☐ CDC 128-C
☐ CDC 128-B1 Request for Removal from Assignment
☐ CDC 128-B2 SSU/IGI Gang Validation
☐ Resubmit First Level Response
☐ Single Cell ☐ Release from ASU ☐ SHU Recommendation
☐ CDC 143 Prop./Trans. Receipt ☐ Cell Search Receipt
☐ Appeal Process not to be used for interrogatory process
☐ CDC 839/840 Classification/Reclassification Score Sheet
☐ Complete Section: _____ ☐ Sign & Date Section: _____
☐ Not Staff Complaint – Reviewed by Hiring Authority
☐ Emergency Processing Not Warranted Per CCR 3084.7
☐ You must start appeal in Section A/B (then add 1 page)
☐ You cannot write "See Attached" in Section A or B

_____ (choose one) (If staff complaint complete form 1858.)

☐ Failed to reasonably demonstrate, action, policy or condition as having an adverse affect upon the inmate's welfare, per CCR 3084.1(a).

☐ 6. The appeal exceeds the 15 working day time limit and the inmate has failed to offer a credible explanation as to why he could not submit the appeal within established time limits, CCR 3084.2(c), 3084.3(c)(6), 3084.6(c).

☐ 7. A limit of only one continuation page, front and back, may be attached to the appeal to describe the problem and action requested in Sections A and B. CCR 3084.2(a)(1)

☐ 8. You may not submit an appeal on behalf of another inmate.

☐ 9. You must re-attach all previous Screening Forms (CDC 695's) relative to this appeal before the appeal can be processed any further.

☐ 10. Submit CDC 7362 (Health Care Request -pay) to health care to request medical, mental health, or dental treatment. Do not submit an appeal with the 7362. The facility Triage Nurse should see you within one working day of receiving your 7362. If you disagree with the treatment provided, you may submit a 602 explaining your dissatisfaction.

COMMENTS: *COMPLIED AND RETURNED ON 3-6-08*

__J. O'Brian__

I. O'BRIAN, CCII - Appeals Coordinator CSP-Sacramento

__2-28-08__
Date

NOTE: This screening action may not be appealed unless you allege that the above reason is inaccurate. In such case, please return this form to the Appeals Coordinator with the necessary information.

# EXHIBIT COVER PAGE $\boxed{\mathcal{E}}$

EXHIBIT

Description if this exhibit: _SCREEN-OUT 3-25-08_

Number of pages to this exhibit: __2__ pages

JURISDICTION: (Check One Only)

- [ ] MUNICIPAL COURT
- [ ] SUPERIOR COURT
- [ ] APPELLATE COURT
- [ ] STATE SUPREME COURT
- [X] UNITED STATES DISTRICT COURT
- [ ] STATE CIRCUIT COURT
- [ ] UNITES STATES SUPREME COURT
- [ ] GRAND JURY

64

## INMATE/PAROLEE APPEAL SCREENING FORM

-PLEASE FOLLOW INSTRUCTIONS AND RETURN WITH YOUR CDC 602-

Name _Nicks_    CDC#: _B80152_    Issue: _8_    Housing: _A1-216_

YOUR CDC 602/1824 APPEAL FORM DATED _2-4-05_ IS BEING RETURNED TO YOU FOR THE FOLLOWING REASON(S):

☐ 1. The action or decision being appealed is not within the jurisdiction of this department.

☐ 2. You have submitted a duplicate appeal on the same issue. Check one:
   ☐ Your first appeal is currently under review at the _____ level – Log #_____.
   ☐ This appeal has been withdrawn.
   ☐ Your appeal was completed, Log # _____.

☐ 3. You are appealing an action not yet taken.

☐ 4. You have not attempted to resolve the problem at the informal level with: _____.
   ☐ Counselor    ☐ Dental Office    ☐ Visiting Sgt.    ☐ Records    ☐ Housing Unit C/O
   ☐ Medical Clinic    ☐ Trust Office    ☐ Mailroom    ☐ Law Library    ☐ C/O who Inventoried Prop
   ☐ Psyche Clinic    ☐ I/M Assignment Office    ☐ R&R    ☐ Fac. Prop. C/O    ☐ Other _____

☐ 5. You have not adequately completed the Inmate/Parolee form (CDC 602) or attached the proper documents.

*Please attach the following items or explain why they are not available and send what you have back to the Appeals Office ASAP*

☐ CDC 115 After Completion of RVR
☐ CDC 115A ☐ Supplemental ☐ Incident Report
☐ CDC 1858 Rights and Responsibilities Statement
☐ CDC 1845 Inmate/Parolee Disability Verification
☐ CDC 128-G Initial Classification Committee
☐ CDC 128-G ICC/UCC Classification Committee Action
☐ CDC 128-G UCC ☐ CSR Referral ☐ Annual Review
☐ CDC 128-G ASU/ICC Chrono as checked: ☐ Walk Alone
☐ CDC 128-G Ad/Seg Initial Chrono    ☐ CDC 114D
☐ CDC 128-G Ad/Seg ICC Class. Committee CSR Referral
☐ CDC 128-G CSR Endorsement
☐ CDC 629-A/B SHU Term Assessment Sheet
☐ CDC 7219 Medical Report
☐ Other (See Below)
☐ You may not request forms/documents thru the appeal process
☐ Submit Inmate Request for Interview not a 602
☐ You may only file 1 non-emergency appeal per 7 days, CCR 3084.4(a)
☐ Staff Complaint or _____
☐ Failed to reasonably demonstrate, action, policy or condition as having an adverse affect upon the inmate's welfare, per CCR 3084.1(a).

☐ Appeal not ADA ISSUE
☐ CDC 1819 Denied Publications
☐ CDC 1030 Confidential Disclosure form
☐ CDC 128-A ☐ CDC 128-B ☐ CDC 128-C
☐ CDC 128-B1 Request for Removal from Assignment
☐ CDC 128-B2 SSU/IGI Gang Validation
☐ Resubmit First Level Response
☐ Single Cell ☐ Release from ASU ☐ SHU Recommendation
☐ CDC 143 Prop./Trans. Receipt ☐ Cell Search Receipt
☐ Appeal Process not to be used for interrogatory process
☐ CDC 839/840 Classification/Reclassification Score Sheet
☐ Complete Section: _____ ☐ Sign & Date Section: _____
☐ Not Staff Complaint – Reviewed by Hiring Authority
☐ Emergency Processing Not Warranted Per CCR 3084.7
☐ You must start appeal in Section A/B (then add 1 page)
☐ You cannot write "See Attached" in Section A or B

☐ (choose one) (If staff complaint complete form 1858.)

☐ 6. The appeal exceeds the 15 working day time limit and the inmate has failed to offer a credible explanation as to why he could not submit the appeal within established time limits, CCR 3084.2(c), 3084.3(c)(4), 3084.6(c).

☐ 7. A limit of only one continuation page, front and back, may be attached to the appeal to describe the problem and action requested in Sections A and B. CCR 3084.2(a)(1)

☐ 8. You may not submit an appeal on behalf of another inmate.

☐ 9. You must re-attach all previous Screening Forms (CDC 695's) relative to this appeal before the appeal can be processed any further.

☐ 10. Submit CDC 7362 (Health Care Request -pay) to health care to request medical, mental health, or dental treatment. Do not submit an appeal with the 7362. The facility Triage Nurse should see you within one working day of receiving your 7362. If you disagree with the treatment provided, you may submit a 602 explaining your dissatisfaction.

COMMENTS: _You could out the wrong request in Section B. This appeal is about medical (meds, psychiatric)._

_J. O'Brian,_

_3. 25 .08_

I. O'BRIAN, CCII - Appeals Coordinator CSP-Sacramento                    Date

NOTE: This screening action may not be appealed unless you allege that the above reason is inaccurate. In such case, please return this form to the Appeals Coordinator with the necessary information.

65

You need to do a seperate 602 on
the T.V. Line out TV request in sec. B.
and rewrite back in the #2 request

# EXHIBIT COVER PAGE $\boxed{F}$

EXHIBIT

Description if this exhibit: *FULL EXHAUSTED APPEAL OF 4-3-08*
*WITH GOV. CLAIMS DENIAL OF 5-27-08*

Number of pages to this exhibit: ___ *11* ___ pages

JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☐ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

67

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region   Log No.   Category

1. _SAC-P_   1. _08 - 00762_

2. _____   2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|------|--------|------------|------------------|
| MICHAEL J. HICKS | B-50952 | PSII | A1-216 |

A. Describe Problem: _(NOTE: THIS APPEAL IS RESUBMITTED AS A PERSONAL PROPERTY DESTROYED T.V. LIABILITY APPEAL OF EVENTS THAT OCCURRED ON 12-26-07. THE APPEAL IS NOT TIME-BARRED PER I. O'BRIAN 3-25-08 (Log.# H-OP-00585)). PROBLEM: DUE TO MEDICAL MALPRACTICE BY DR. DANIEL R. JACKSON, ON 12-26-07, I DESTROYED MY PERSONAL T.V. MY DESTRUCTIVE BEHAVIOR WAS BROUGHT ABOUT BY THE INVOLUNTARY USE OF PSYCHIATRIC MEDICATIONS (SEE ATTACHED CDC-128 B) DATED 12-26-07 BY S/G GREEN)_

If you need more space, attach one additional sheet.

B. Action Requested: _THE REPLACEMENT OF MY PERSONAL T.V. AT STATE EXPENSE._

Inmate/Parolee Signature: _____   Date Submitted: _4-3-08_

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

BYPASS

Staff Signature: _____   Date Returned to Inmate: _____

INMATE APPEALS BRANCH
JUL -7 2008
RECEIVED

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

BYPASS

Signature: _____   Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

68

2008 APR -4  PM 4:24
APPEALS
CSP - SAC
RECEIVED

2008 MAY 14  PM 12:18
APPEALS
CSP - SAC
RECEIVED

First Level   ☐ Granted   ☐ P. Granted   ☒ Denied   ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _04/08/08_____ Due Date: _05/20/08_

Interviewed by: _____

_See Attached_

Staff Signature: _____   Title: _SERGEANT_   Date Completed: _04 15 08_

Division Head Approved: _____   Returned: _MAY 0 1 2008_

Signature: _____   Title: _____   Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_DISSATISFIED. SGT. JONES DETERMINATIONS ARE FLAWED IN THAT THEY ARE VAUGE AND CONCLUSIONARY AND DO NOT ADDRESS THE CORE ISSUE OF DR. JACKSON'S INJECTION OF EMOTIONAL & PHYSICHOL TRAUMA THRU THE USE OF INVOLUNTARY MEDICATION RESULTING IN THE LOSS OF MY T.V. IT IS HIS CONDUCTING/MINE THAT PLACES LIABILITY ON THE STATE._

Signature: _____   Date Submitted: _4 12 08_

Second Level   ☐ Granted   ☒ P. Granted   ☒ Denied   ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _05/21/08_ Due Date: _06/19/08_

☒ See Attached Letter

Signature: _____   Date Completed: _6-25-08_

Warden/Superintendent Signature: _____   Date Returned to Inmate: _06/27/08_

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_DISSATISFIED. SEE ATTACHED: REQUEST FOR DIRECTOR'S LEVEL OF REVIEW & ENCLOSURES_

Signature: _____   Date Submitted: _7-1-08_

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

.........................................................................

DIRECTOR'S ACTION:   ☐ Granted   ☐ P. Granted   ☒ Denied   ☐ Other _____

☒ See Attached Letter

Date: _OCT 2 2 2008_

CDC 602 (12/87)

69

CDC-128-B Rev. 4-74

**NAME and NUMBER**     **HICKS B-80852**

On Wednesday, December 26, 2007 at approximately 1305 hours, I responded to cell A-1129s which was solely occupied by inmate HICKS B-80852. As I approached the cell door I could clearly see glass under the door and in the tier gutter, he had broken his television. I instructed HICKS to step towards the rear of the cell, that is when I noticed he had blood on his wrists, he had cut himself utilizing the glass from his television. I then instructed HICKS to come to the food port and submit to hand cuffs, he complied. The cell door was opened and Officer Price applied leg restraints. We escorted HICKS to the rotunda temporary holding cell for medical evaluation at which time HICKS stated that he was suicidal. HICKS was given the opportunity to talk to a psychiatrist and had his wound cleaned by the RN before he was taken to the A Facility TTA.

C07 - 2134

C. Price

Correctional Officer
A-Facility Building 1, 3/W
California State Prison-Sacramento

ORGIN:  Central File
cc:   Facility Captain
      Counselor
      PSU Property Officer

DATE   12/26/07

**GENERAL CHRONO**

70

**RE:**   California State Prison-Sacramento (SAC)
First Level Reviewer's Response
Appeal, Log #SAC-P-08-00762
Date: April 15, 2008

**Inmate: HICKS (B-80852)**

**APPEAL ISSUE**

Property

**APPEAL DECISION**

Denied

**APPEAL RESPONSE**

Correctional Sergeant M. D. Jones, Appeals Investigator, was assigned to review your appeal at the First Level of Review; you were interviewed at SAC on April 15, 2008. All submitted documentation and supporting arguments have been considered; the Informal Level of Review was bypassed. Additionally, a thorough inquiry was conducted regarding the claim presented by you and evaluated in accordance with SAC Operational Procedures (OP) and the California Code of Regulations (CCR), Title 15.

**SUMMARY OF APPEAL**

You claim you destroyed your personal television and cut yourself (self mutilation) with the glass from the picture tube as a direct result of destructive behavior brought on by the involuntary (Keyhea) administering of psychiatric medication. You further claim that Dr. D. Jackson participated in the destruction of your television by committing an act of malpractice by prescribing psychiatric medications that made you irritable and suicidal. You are requesting the State of California.Department of Corrections bear the cost of replacing your personal television.

**SUMMARY OF INQUIRY**

The Department's rules regarding this issue are contained in CCR Sections 3005(a) and (c) and 3193 (a), which state in part;

**CCR Section 3005.  Conduct.**

(a)     Inmates and parolee shall obey all laws, regulations and local procedures, and refrain from behavior which might lead to violence and disorder, or otherwise endangers facility, outside community or another person.

(c)     Force or Violence.  Inmates shall not willfully commit or assist another person in the commission of a violent injury to any person or persons, including self mutilation or attempted suicide, nor attempt or threaten the use of force or violence upon another person.

**CCR Section 3193.  Liability.**

(a)     In permitting inmates to possess items of personal property while they are incarcerated, the department does not accept liability for the theft, loss, damage or destruction of such property resulting from the intentional or careless act or activities of any inmate. The department does not accept liability for the loss or destruction of personal property in the inmate's possession or control at the time of any willful act by the inmate...

Case 2:08-cv-02844-MCE-KJM   Document 7   Filed 12/24/08   Page 72 of 101

On Wednesday, December 26, 2007 while assigned to (PSU) cell # FA1-129s, solely occupied by you, Correctional Officer Green observed glass on the floor directly in front and under your cell door. Officer Green discovered that you had destroyed your personal television and used the glass from the picture tube to injure yourself. You are responsible for your actions, destroying your television was a deliberate act, committed by you to obtain the materials (glass) to harm yourself.

**APPEAL DECISION**

For the reasons cited above, your appeal is **DENIED.**

M. D. JONES
Correctional Sergeant

MDJ/mdj

cc:     Inmate Appeals Unit
        Central File

72

$\mathcal{A}/\ 121$

**RE**    California State Prison-Sacramento (SAC)
         Second Level Reviewer's Response
         Appeal Log #: SAC-P-08-0762
         Date: June 23, 2008

         Inmate: HICKS, B-80852

## APPEAL ISSUE

Property

## APPEAL DECISION

Denied

## APPEAL RESPONSE

B. Donahoo, Appeals Investigator was assigned to investigate your appeal at the Second Level of Review (SLR). All submitted documentation and supporting arguments have been considered, including the interview conducted at the First Level of Review (FLR). Additionally, a thorough investigation has been conducted regarding the claim presented by you and evaluated in accordance with SAC's Operational Procedures (OP's) and the California Code of Regulations (CCR), Title 15.

## SUMMARY OF APPEAL

You contend that due to the medical malpractice by Doctor D. Jackson on December 26, 2007, that you destroyed your personal television and that your destructive behavior was due to your involuntary psychiatric medications. You are requesting a replacement television at the States expense.

## SUMMARY OF INVESTIGATION

The Department's rule regarding liability of personal property is contained in the CCR, Title 15 Sections 3190 and 3193, which state in part:

### CCR 3190 General Policy

*(a) Inmates shall be permitted to possess in their quarter/living area, state-issued property items, and authorized personal property items based upon privileges in section 3044 and/or assigned security level and/or institution mission, and subject to disciplinary provisions in sections 3314, and 3315.*

### CCR 3193 Liability

*(a) In permitting inmates to possess items of personal property while they are incarcerated, the department does not accept liability for the theft, loss, damage or destruction of such property resulting from the intentional or careless act or activities of any inmate. The department does not accept liability for the loss or destruction of personal property in the inmate's possession or control at the time of any willful act by the inmate, such as escape, which exposes such property to loss or theft before it can be recovered and controlled by staff.*

*(b)The department shall accept liability for the loss or destruction of inmate personal property when it is established that such loss or destruction results from employee action. Inmates shall utilize the inmate appeal process if unable to resolve a personal property claim pursuant to section 3084.1. Upon acceptance of liability, the department shall provide similar items of equal or greater value to the inmate when such items are available via donated property items consistent with sections 3084.7(e) and 3191(c).*

The FLR was comprehensive and appropriate. The FLR established that you destroyed your personal television and used the glass from the television to inflict injury upon yourself (Refer to attached CDC-128B, authored by Correctional Officer [C/O] C. Green, dated 12/26/07). In addition, the FLR conducted an interview with C/O Green in which he confirms his observations of you solely occupying the cell, destroying your personal television, and inflicting injury to yourself on 12/26/07. Lastly, your own admission documented on Inmate Appeal (CDC 602) Log # SAC-P-08-00762, 'I destroyed my personal TV with my destructive behavior...'

73

California State Prison-Sacramento (SAC)
Second Level Reviewer's Response
Appeal Log #: SAC-P-08-00762
Date: June 23, 2008
Inmate: HICKS, B-80852
Page 2

The SLR conducted an inquiry into your allegations and revealed per your CDC 602 that Doctor Jackson did not administer psychiatric medication, which caused you to destroy your personal television on December 26, 2007. Evidence indicates that you destroyed your personal television to make use of the broken pieces of glass to inflict injury upon yourself. The SLR reviewed the attached CDC 128-B in which C/O Green approached your cell and observed glass under the cell door, in the gutter in front of your cell and your broken television. C/O Green then observed blood on your wrist area, instructed you to submit to handcuffs in which you complied, and placed you in a holding cell for medical evaluation at which time you stated that you were suicidal. You were given the opportunity to talk to a Psychiatrist and your wound cleaned by a Registered Nurse.

Your request to have your personal television replaced at the States expense is denied in that there is no evidence to substantiate your claim that anyone other then yourself is responsible for the destruction of your personal television. The SLR interviewed C/O K. Henderson (PSU Property Officer), on June 24, 2008, at which time he advised this reviewer that on January 28, 2006, you were issued your personal television and that on December 26, 2007, he was notified that you destroyed your personal television.

All submitted documentation and supporting arguments have been considered, and you have failed to raise any significant new issues or evidence in appealing this matter to the SLR. After close review of this matter, it has been determined that staff have acted appropriately and in accordance with State Law, CCR Title 15, and the Department Operations Manual.

**APPEAL DECISION**

For the reasons cited above, your appeal is **DENIED**.

JAMES WALKER
Warden

JW: bmd

cc:   Inmate Appeals Unit
      Central File

74

MICHAEL J. HICKS
B-80852 A1-121
JULY 1, 2008

REQUEST FOR DIRECTORS LEVEL OF REVIEW.

TO : CHIEF, INMATE APPEALS

AS ALWAYS, THE LOCAL PRISON LEVEL OF REVIEW WILL ATTEMPT TO TWIST AND DISTORT THE FACTS OF A RIGHTEOUS CLAIM AGAINST THE DEPARTMENT OF CORRECTIONS & REHABILITATION. I THEREFORE EXPECT NO DIFFERENCE AT THIS FINAL LEVEL OF ADMINISTRATIVE REVIEW.

ATTACHED IS MY COMPLAINT ON FILE IN THE SACRAMENTO SUPERIOR COURT. I WILL ALSO BE ENJOYING SUEING THE PRISONS LITIGATIONS COORDINATOR FOR LIEING TO THE SMALL CLAIMS COURT IN THIS MATTER. ATTACHED IS A COPY OF MY PENDING GOVERMENT CLAIMS BOARD CLAIM. THAT 602 IS PENDING.

I WILL RESOLVE ALL CLAIMS IN CONSIDERATION OF A REPLACE-MENT T.V., $100.00 IN FOOD ITEMS, AND $100.00 IN COSMETICS.
I WILL ACCEPT THESE ITEMS OUT OF THE RVR AND PROPERTY OFFICERS LOCAL RESOURCES. OR, BE SUED.

Thank You For Your Consideration

Michael J. Hicks

CC : ENCLOSURES

75

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA  94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:      OCT 2 2 2008

In re:     Michael Hicks, B80852
           California State Prison, Sacramento
           P.O. Box 29
           Represa, CA  95671

           IAB Case No.: 0800914          Local Log No.: SAC-08-00762

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner Rick Manuel. All submitted documentation and supporting arguments of the parties have been considered.

**I   APPELLANT'S ARGUMENT:** It is the appellant's position that Dr. D. Jackson inappropriately prescribed him medication that caused him (the appellant) to destroy his television (TV) and use the broken glass to cut his wrists. It is the appellant's contention that the medication that Dr. Jackson prescribed made him violent, as well as suicidal. The appellant claims that had Dr. Jackson not prescribed the medication, he (the appellant) would not have broken his TV or cut his wrists. The appellant believes that Dr. Jackson should be held accountable for his actions and that his TV be replaced at state-expense. The appellant requests on appeal that his TV be replaced at state-expense.

**II   SECOND LEVEL'S DECISION:** The reviewer found that the appellant's concerns have been properly addressed. The reviewer considered the appellant's concerns; however, determined that his explanation does not justify his request. The reviewer affirms that on December 26, 2007, Correctional Officer (CO) Green discovered broken glass outside the appellant's cell door. CO Green looked into the appellant's cell and observed that the appellant had destroyed his TV and used the broken glass pieces to cut his wrists. CO Green documents in a related CDC Form 128-B, General Chrono that he observed blood on the appellant's wrists. The reviewer states that a review of the appellant Unit Health Record revealed that Dr. Jackson did not prescribe the appellant any medication that would cause him to react in a violent or suicidal manner. Based upon this information, the reviewer concludes that no one other than the appellant is responsible for the damaged caused to his TV and the injuries sustained to his wrists. The appellant's request to have his TV be replaced at state-expense is denied at the Second Level of Review (SLR).

**III   DIRECTOR'S LEVEL DECISION:** Appeal is denied.

    **A.   FINDINGS:** The documentation and arguments presented are persuasive that the appellant has failed to support his appeal issue with sufficient evidence or facts to warrant a modification in the SLR. There is no evidence that supports the appellant's contention that Dr. Jackson is responsible for the damage caused to his TV or the injuries to his wrists. Developed information revealed that Dr. Jackson did not prescribe the appellant medication that would cause him to react in such a violent or suicidal manner. The reviewer concludes that no one other than the appellant is responsible for the damage caused to his TV or the injuries caused to his wrists. The examiner finds that neither liability, nor staff negligence has been established regarding the damage caused to the appellant's TV or the injuries sustained to his wrists. Further review at the Director's Level of Review is not warranted.

    **B.   BASIS FOR THE DECISION:**
California Code of Regulations, Title 15, Section: 3001, 3190, 3193

    **C.   ORDER:** No changes or modifications are required by the Institution.

76

MICHAEL HICKS, B80852
CASE NO. 0800914
PAGE 2

This decision exhausts the administrative remedy available to the appellant within CDCR. If dissatisfied, the appellant may forward this issue to the California Victims Compensation and Government Claims Board, (formerly known as the State Board of Control), Government Claims Unit, P.O. Box 3035, Sacramento, CA 95812-3035, for further review.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:     Warden, SAC
        Appeals Coordinator, SAC

77



STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

Victim Compensation & Government Claims Board

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5ᵗʰ Floor ♦ Sacramento, California 95811
Mailing Address: P.O. Box 3035 ♦ Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 ♦ Fax Number: (916) 491-6443
Internet: www.vcgcb.ca.gov

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

Michael J Hicks B80852
PO Box 290066
Repressa, CA 95671

June 04, 2008

RE: Claim G575583 for Michael J Hicks, B80852

Dear Michael Hicks,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on May 28, 2008.

For your information, the Board has delegated to the Department of Corrections the authority to settle and pay or to reject timely tort claims in amounts up to $1000 each under Government Code Section 935.6. As a result, your claim will now be referred to:

Department of Corrections
Attention: Headquarters Accounting Service Division
P. O. Box 187018
Sacramento, CA 95818-7019

The VCGCB will take no further action on your claim at this time. If you are not satisfied with the decision on your claim by the Department of Corrections, you will have six months from the date of the agency's notice to file a lawsuit in the appropriate court of law.

If you have questions regarding the status of your claim, please contact the Deparment of Corrections directly at (916) 327-6423.

Government Claims Program
Victim Compensation and Government Claims Board

cc: B-23 Corrections and Rehabilitation, Attn: Donna Corbin

Ltr 51 CDC Delegated Authority Agency-$1000

7 8

# EXHIBIT COVER PAGE $\boxed{6}$

EXHIBIT

Description if this exhibit:  *TELEPHONE APPEARANCE MOTION*
*4-18-08*

Number of pages to this exhibit: ___2___ pages

JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☐ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

79

FILED/ENDORSED

MAY ╒ 8 2008

1  MICHAEL J. HICKS
   B-80852
2  P.O. Box 290066
3  REPRESA, CA 95671

4
                    SUPERIOR COURT OF CALIFORNIA
5
                    FOR SACRAMENTO COUNTY
6
                    SMALL CLAIMS COURT
7

8  MICHAEL J. HICKS                    CASE NO. 08SC02611
   PLAINTIFF
9                                      NOTICE OF MOTION AND
                                       MOTION FOR TELEPHONE
10     VS.                             APPEARANCE AT HEARING.

11                                     HEARING SET: 6-10-08
   DANIEL R. JACKSON, M. D.            TIME: 1:30 PM
12 DEFENDANT                           DEPT.: 86

13

14     PLAINTIFF IS A STATE PRISONER AT SACRAMENTO STATE

15 PRISON. PLAINTIFF HEREBY MOVES THE COURT TO MAKE A

16 TELEPHONIC APPEARANCE AT THE HEARING.

17     FUTHERMORE, THE COURT IS REQUESTING TO SET FORTH AN

18 ORDER DIRECTED TO THE PRISONS LITIGATION COORDINATORS

19 OFFICE TO ARRANGE A NON-COLLECT CALL TO THE COURT

20 INDICATING THE HEARING DATE, TIME, DEPT., AND PHONE

21 NUMBER TO SET UP THE CALL.

22                         SUBMITTED,

23

24

25 DATED: 5-18-08              Michael J. Hicks

26

27

28
                                                        80



FILED/ENDORSED

MAY - 8 2008

# PROOF OF SERVICE

(C.C.P. 42015.5; 28 U.S.C. §1745)

I, _MICHAEL J. HICKS_____, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_MICHAEL J. HICKS_____
_B-80852._____
_P.O. BOX 290066_____
_REPRESA, CA 95671_____

On, ~~MARCH~~ APRIL 18 , 2008 , I served the following documents:

_NOTICE OF MOTION AND MOTION FOR TELEPHONE APPEARANCE_
_AT HEARING._____ on the below named individuals by depositing true and correct copies thereof in the United State mail in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _DANIEL R. JACKSON, M.D._      2._____
   _CSP-SACRAMENTO_               _____
   _P.O. BOX 29_                  _____
   _REPRESA, CA 95671_            _____
   _____             _____

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this ___18___ day of ~~MARCH~~ APRIL , 2008 , at California State Prison at Sacramento, Represa, California.

(Signature)_____
Declarant

81

# EXHIBIT COVER PAGE $H$

EXHIBIT

Description if this exhibit: *DECLARATION OF LINDA YOUNG @ 4-15-08*

Number of pages to this exhibit: *10* pages

JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☐ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

82

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

DIVISION OF ADULT OPERATIONS
CALIFORNIA STATE PRISON-SACRAMENTO
LITIGATION COORDINATOR
P.O. Box 290027
Represa, CA 95671-0027



April 15, 2008

Superior Court of California
County of Sacramento
Small Claims Division
301 Bicentennial Circle
Sacramento, CA 95826-2701

Attention:     COURT CLERK

Re:     **MICHAEL J. HICKS (CDCR# B-80852) V. DANIEL R. JACKSON**
        **Sacramento County Superior Court, Case No. 08SC02072 – Small Claims Action**

        **REQUEST THAT COMPLAINT BE DISMISSED:**
        **Failure to Exhaust and Lack of Jurisdiction**

My name is Linda Young and I am the Litigation Coordinator at California State Prison-
Sacramento (SAC), an institution within the California Department of Corrections and
Rehabilitation (CDCR). One of my responsibilities as Litigation Coordinator is to represent
staff employed at SAC in Small Claims actions. In this capacity I received notice of the above
referenced Small Claims action set for May 29, 2008 at 1:30 PM in Department 86. Dr. Daniel
R. Jackson, Staff Psychiatrist, the defendant in this matter, gave me the notice.

The Plaintiff in this case, inmate Michael J. Hicks, CDCR# B-80852, claims the alleged incident
took place on December 26, 2007. Hicks claims that his medication dosage was not correct
therefore he had "agitation and poor impulse control" causing him to break his television and use
the broken pieces to cut on himself. He also says that he swallowed one of the broken pieces.
As a result of his actions, he is claiming malpractice and property damage and wants Doctor
Jackson to pay for his television.

Per California Code of Regulations (CCR) 3084.1 Right to Appeal.
        (a) *Any inmate or parolee under the department's jurisdiction may appeal any*
        *departmental decision, action, condition, or policy, which they can demonstrate*
        *as having an adverse effect upon their welfare.*

Mr. Hicks has been incarcerated since 1977 and is very familiar with the Appeals Process as
evidenced by the Appeals Summary attached as Exhibit A. However, regarding this matter he
has not yet completed the Appeals process and exhausted his Administrative Remedies prior to
filing this matter with the Court.

Mr. Hicks did file an appeal regarding his medication complaint and his television issue on February 5, 2008. This filing date was already beyond the allowable timeframe for filing an appeal however the Appeals Coordinator made an exception and was willing to accept his appeal because he included a plausible explanation for the delay in filing.

He was directed by the Appeals Office to separate the issues and resubmit the appeals. As of April 7, 2008 he had not yet re-filed his appeal. However, Mr. Hicks then filed with Small Claims Court on March 21, 2008, prior to exhausting Administrative remedies as required by California Code of Civil Procedures, Section 116.220 (e).

> **Lack of Jurisdiction** - As is held in CCP 116.220 (e), this court shall have jurisdiction over this matter "only if the plaintiff has alleged in the complaint that he has exhausted his administrative remedies against the Department…including compliance with GC Sections 905.2 and 905.4." However, in this matter, plaintiff has not fully exhausted his administrative remedies, and thus, has not complied with GC 905.2 and 905.4. Also, CCP 116.220 (f) states that if "plaintiff fails to provide proof of compliance with the requirements of subdivision (e) at the time of trial, the judicial officer may dismiss the action or continue the action, at his/her discretion". And in this matter, plaintiff has clearly failed to provide proof of any kind that he is in compliance. Seeing as the Plaintiff initially submitted an appeal on February 5, 2008 and was directed to revise the appeal to two separate issues, medical and property, and as of April 7, 2008, the Appeals Office at SAC still has not received the revised First Level Appeal regarding this "incident". Therefore, jurisdiction has not been established, and this court is not the proper arena for hearing this matter.

> **Failure to Exhaust Administrative Remedies** – Government Code (GC), Section 945.4 states in pertinent part, "…no suit for money or damages may be brought against a public entity on a cause of action for which a claim is required…until a written claim therefore has been presented to the public entity and has been acted upon by the board". Based on this information, I contacted the Victims Compensation and Government Claims Board (Board), and have received confirmation that the plaintiff did not file a claim with the Board relative to the date of December 26, 2007 (Please see the verification attached as Exhibit B). Plaintiff filed this matter with your court prior to filing with the Board therefore he did not follow proper procedures.

The purpose of this letter is to request that this Small Claims Complaint be dismissed for *failure to exhaust administrative remedies and lack of jurisdiction.*

On behalf of Dr. Jackson, the defendant in this matter, and in the interest of complying with the laws of the State of California and serving justice, I respectfully request dismissal of this Small Claims action and that the matter be removed from the Sacramento County Superior Court docket of May 29, 2008. I would ask that a copy of your decision be sent to the Litigation Department at California State Prison – Sacramento, P.O. Box 290027, Represa, CA 95671-0027.

I declare that as a representative of the defendant that I am authorized to appear for the named defendant and that I am authorized to act in this capacity as held in CCP Section 116.541 and I am not employed solely to represent the defendant in Small Claims Court.

I make the aforesaid declarations under penalty of perjury, in the City of Represa, and the State of California, on this 15th day of April 2008.

Sincerely,

LINDA T. YOUNG
Litigation Coordinator
California State Prison – Sacramento

Enclosures

Cc:     Plaintiff, Michael J. Hicks (CDCR# B-80852)

$85$

# Exhibit A

04/04/200

**CALIFORNIA DEPARTMENT OF CORRECTIONS**

**Inmate / Parolee Appeals Tracking System - Level I & II**

**Statistic Sheet**

| | | Received | | Reason | | | Note | |
|---|---|---|---|---|---|---|---|---|
| SAC-F- | FUNDS | | | | | | | |
| SAC-H-06-02046 | MEDICAL | 09/22/2006 | 11/06/2006 | 11/07/2006 | GRANTED IN PART | | | |
| SAC-H- | MEDICAL | | | | | | | |
| SAC-H- | MEDICAL | | | | | | | |
| SAC-F- | FUNDS | | | | | | | |
| SAC-F- | MEDICAL | | | | | | | |
| SAC-H- | MEDICAL | | | | | | | |
| SAC-P- | PROPERTY | | | | | | | |
| SAC-H- | MEDICAL | | | | | | | |
| SAC-P-06-01681 | CASE INFO./RECORDS | 07/28/2006 | 09/11/2006 | 08/03/2006 | OTHER | | | |
| SAC-P-06-01335 | LIVING CONDITIONS | 08/08/2006 | 07/24/2006 | 06/23/2006 | GRANTED IN PART | 07/10/2005 | 08/07/2006 | 07/28/2006 GRANTED |
| SAC-D- | CASE INFO./RECORDS | | | | | | | |
| SAC-E- | LEGAL | | | | | | | |
| SAC-P-06-00895 | PROPERTY | 04/18/2006 | 05/31/2006 | 05/24/2006 | DENIED | 06/19/2006 | 08/08/2006 | 08/11/2005 DENIED |
| SAC-A- | PROPERTY | | | | | | | |
| SAC-P-06-00187 | CASE INFO./RECORDS | 01/24/2006 | 03/22/2006 | 03/06/2006 | WITHDRAWN | | | |
| SAC-A- | PROPERTY | | | | | | | |
| SAC-A- | DISCIPLINARY | | | | | | | |
| SAC-P-05-02249 | LIVING CONDITIONS | 12/14/2005 | 01/30/2006 | 01/03/2006 | WITHDRAWN | | | |
| SAC-F- | MEDICAL | | | | | | | |
| SAC-A- | PROPERTY | | | | | | | |
| SAC-H-05-02044 | STAFF COMPLAINTS | | | | | | | |
| SAC-H-99-03053 | MEDICAL | 12/06/1999 | 01/18/2000 | 04/28/2000 | GRANTED IN PART | 10/24/2005 | 12/06/1999 | 12/05/1999 |

**Screen Outs**

| Level | Received | Screened Out | Reason | Note |
|---|---|---|---|---|
| Level I | 02/05/2008 | 02/06/2008 | TIME CONSTRAINTS NOT MET | Incident occurred 12-26-07. 602 received 02-05-08. |
| Level I | 02/13/2008 | 02/15/2008 | OTHER | I'll accept your explanation for not meeting time limits. This |
| Level I | 02/27/2008 | 02/28/2008 | GET INFORMAL RESPONSE | Medical Appeals, Medical Clinic. |
| Level I | 03/10/2008 | 03/25/2008 | OTHER | You lined out the wrong request in Section B. This appeal |

87

04/04/20

# CALIFORNIA DEPARTMENT OF CORRECTIONS
## Inmate / Parolee Appeals Tracking System - Level I & II

### Statistic Sheet

**Informal Level**
-- Assignments --

| Assigned | Assigned To |
|---|---|

Received:    Due:    Completed:    Disposition:

**Level I**
-- Assignments --

| Assigned | Assigned To | Replied |
|---|---|---|

Received:    Due:    Completed:    Disposition:

**Level II**
-- Assignments --

| Assigned | Assigned To | Replied |
|---|---|---|

Received:    Due:    Completed:    Disposition:

**Level III**

Received:    Completed:    Disposition:

88

**CALIFORNIA DEPARTMENT OF CORRECTIONS**

Inmate / Parolee Appeals Tracking System - Level I & II

04/04/2{

89

**Statistic Sheet**

| | | Staff Involved | |
|---|---|---|---|
| | Last Name | First Name | Job Classification |

Investigation Type:

**Modification Orders**

| Level | Modification Order Type | Assigned To | Sent | Due | Completed | Grant Reason |
|---|---|---|---|---|---|---|

**Resolution**

Administrative / Serious:          115 Log Number:

**115 Information**

Hearing Officer:                    Discovery:

**Reimbursement**

| Cash Award: | Amount Awarded: | Reimbursement With Like Item(s): |
|---|---|---|
| Factor: | | Inmate Signed Waiver: |
| Comment | | |

**Comment**

Complaining about dosage of meds.

Page:

# Exhibit B



Victim Compensation & Government Claims Board



STATE OF CALIFORNIA
ARNOLD SCHWARZENEGGER, Governor

ROSARIO MARIN
Secretary
State and Consumer Services Agency
Chairperson

JOHN CHIANG
State Controller
Board Member

MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member

KAREN McGAGIN
Executive Officer

## DECLARATION

I do declare as follows:

I am the duly authorized custodian of records and have the authority to certify the records and documents of the Government Claims Program at the Victim Compensation and Government Claims Board. As part of my job duties, I am familiar with how the records of the Government Claims Program are maintained. I have searched the records mair       d by the Government Claims Program in the ordinary course of the business. I .ave bee  .naule to locate any claims that have been filed with, or presented to the Victim Compensation and Government Claims Board that match the following provided information:

MICHAEL J. HICKS; B80852

December 26, 2007

I declare under the penalty of perjury that the foregoing is true and correct, and that I executed said Declaration. I am willing and able to testify to the truth of the statements made herein, if necessary.

Executed at Sacramento, California, April 10, 2008

TAMRAH BRUSATO
Custodian of Records
Government Claims Program

91

STATE OF CALIFORNIA — DEPARTMENT OF CORRECTIONS AND REHABILITATION                    ARNOLD SCHWARZENEGGER, GOVERNOR

**DIVISION OF ADULT OPERATIONS**
CALIFORNIA STATE PRISON-SACRAMENTO
LITIGATION OFFICE

P.O. Box 290027
Represa, CA 95671-0027
(916) 294-3011 Telephone
(916) 294-3072 Fax

**Government Claims Program**

APR 1 0 2008

April 10, 2008                                        **RECEIVED**

Government Claims Board

To Whom It May Concern,

We are requesting a Certification and Declaration from your office that you do not have any claims
filed for an inmate Michael J. Hicks concerning an incident occurring on 12/26/07 involving Dr.
Jackson and/or a television. Please fax us this declaration to (916)294-3072.

If you have any further questions or concerns, please feel free to contact me at (916) 294-3123.

Thank you,

Jennifer Harte
Office Technician
CSP-Sacramento

LY:jh

*92*

# EXHIBIT COVER PAGE $\mathcal{I}$

EXHIBIT

Description if this exhibit: *ORDED DETERMINING DISPOSITION OF EX-PARTE APPLICATION: 4-23-08*

Number of pages to this exhibit: _2_ pages

JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☐ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

93



**SUPERIOR COURT OF CALIFORNIA**
**COUNTY OF SACRAMENTO**

FILED/ENDORSED

APR 23 2008

BY _____, DEPUTY CLERK

## ORDER DETERMINING DISPOSITION OF EX PARTE APPLICATION

| CASE NAME | CASE NUMBER |
|---|---|
| HICKS vs. JACKSON | 08SC02072 |

| TYPE OF APPLICATION | BY | APPLICATION DATE |
|---|---|---|
| REQUEST FOR DISMISSAL | D.T. | 4/17/08 |

| NAMES OF APPEARING PARTY: | REPRESENTING |
|---|---|
| By Defendant | |
| | |
| | |

The Court, having considered the above entitled ex parte application ☐ without a hearing ☐ after hearing with appearance as noted above, rules as follows:

☑ The application is granted. *Plaintiff's claim is dismissed without prejudice in that plaintiff has failed to exhaust administrative remedies as required by Government Code sections 905.2, 905.4 and 945.4 as well as Code of Civil Procedure 116.220(c) and (f).*

☐ The application is denied on the merits of the papers presented to the Court.

☐ The application is denied without prejudice to its submission for the following reason(s):

☐ The moving party may not proceed except by noticed motion.

☐ Other_____

☐ Counsel for the_____ is ordered to prepare formal order.

4/23/08
DATE

JUDGE OF THE SUPERIOR/MUNICIPAL COURT

94

| COURT:<br>Superior Court of California, County of Sacramento<br>Small Claims Division<br>301 Bicentennial Circle<br>Sacramento, CA 95826-2701  -  (916) 875-7514 | FOR COURT USE ONLY |
|---|---|
| CASE TITLE:<br>MICHAEL J HICKS vs. JACKSON, DANIEL R. | |

| **CLERK'S CERTIFICATE OF MAILING** | CASE NUMBER:<br>**08SC02072** |
|---|---|

MICHAEL J HICKS
AKA - #B-80852
PO BOX 290066
REPRESA, CA 95671

I, the Clerk of this court, certify I am not a party to this action, and on the date shown below, mailed the GRANTED ORDER REGARDING DEFENDANT'S REQUEST FOR DISMISSAL OF CASE with postage prepaid, by depositing true copies, enclosed in separate sealed envelopes to Plaintiff MICHAEL J HICKS, AKA - #B-80852, at PO BOX 290066, REPRESA, CA 95671 and Defendant JACKSON, DANIEL R., at P.O. BOX 29, REPRESA, CA 95671. The mailing and this certification occurred at Sacramento, California, on the date shown below.

Date: May 01, 2008                                             (Original on File /s/)

_____

E. Chang, Deputy Clerk

95

# EXHIBIT COVER PAGE $\boxed{J}$

EXHIBIT

Description if this exhibit: *ORDER DENYING PHONE MOTION 5-9-08.*

Number of pages to this exhibit: __*2*__ pages

JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☐ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

## SUPERIOR COURT OF CALIFORNIA
## COUNTY OF SACRAMENTO

**ORDER DETERMINING DISPOSITION OF EX PARTE APPLICATION**

| CASE NAME | CASE NUMBER |
|---|---|
| Hicks -VS- Jackson | 08SC02611 |

| TYPE OF APPLICATION | BY | APPLICATION DATE |
|---|---|---|
| Reg to appear by Phone | Michael J Hicks | 5-8-08 |

| NAMES OF APPEARING PARTY: | REPRESENTING |
|---|---|
| | |
| | |

The Court, having considered the above entitled ex parte application ☐ without hearing ☐ with appearance as noted above, rules as follows:

☐ The application is granted.

**FILED**

MAY - 9 2008

By _____ K. GONSALVES
Deputy Clerk

☑ The application is denied on the merits of the papers presented to the Court.

☐ The application is denied without prejudice to its submission for the following reason(s):

☐ The moving party may not proceed except by noticed motion.

☐ Other_____

☐ Counsel for the_____ is ordered to prepare formal order.

5-9-08

| DATE | JUDGE OF THE SUPERIOR/MUNICIPAL COURT |
|---|---|
| | MARJORIE KOLLER |

CI-150 Mar. 1, 2000   ORIGINAL-CASE FILE   YELLOW-SUBMITTING PARTY   PINK-OFFICE COPY

97

| COURT:<br>Superior Court of California, County of Sacramento<br>Small Claims Division<br>301 Bicentennial Circle<br>Sacramento, CA 95826-2701  -  (916) 875-7514 | FOR COURT USE ONLY |
|---|---|
| CASE TITLE:<br>MICHAEL J. HICKS B-80852 vs. DANIEL R. JACKSON M.D. | |
| **CLERK'S CERTIFICATE OF MAILING** | CASE NUMBER:<br>**08SC02611** |

MICHAEL J. HICKS B-80852
PO BOX 290066
REPRESA, CA 95671

I, the Clerk of this court, certify I am not a party to this action, and on the date shown below, mailed the REQUEST TO APPEAR BY TELEPHONE with postage prepaid, by depositing true copies, enclosed in separate sealed envelopes to Plaintiff MICHAEL J. HICKS B-80852, at PO BOX 290066, REPRESA, CA 95671 and Defendant DANIEL R. JACKSON M.D., at PO BOX 29, REPRESA, CA 95671. The mailing and this certification occurred at Sacramento, California, on the date shown below.

Date: May 13, 2008                                      (Original on File /s/)

_____

K. Gonsalves, Deputy Clerk

98

# EXHIBIT COVER PAGE $\mathcal{K}$

EXHIBIT

Description if this exhibit: *NOTICE OF ENTRY OF JUDGEMENT*

Number of pages to this exhibit: ___/___ pages

JURISDICTION: (Check One Only)

☐ MUNICIPAL COURT
☐ SUPERIOR COURT
☐ APPELLATE COURT
☐ STATE SUPREME COURT
☒ UNITED STATES DISTRICT COURT
☐ STATE CIRCUIT COURT
☐ UNITES STATES SUPREME COURT
☐ GRAND JURY

99

**Superior Court of California, County of Sacramento**
**Small Claims Division**
301 Bicentennial Circle
(916) 875-7514                                   Sacramento, CA 95826-2701                          **Case No.: 08SC02611**

| NOTICE TO ALL PLAINTIFFS AND DEFENDANTS | AVISO A TODOS LOS DEMANDANTES Y DEMANDADOS |
|---|---|
| Your small claims case has been decided. If you lost the case, and the court ordered you to pay money, your wages, money, and property may be taken without further warning from the court. Read the back of this sheet for important information about your rights. | Su caso ha sido resuelto por la corte para reclamos judiciales menores. Si la corte ha decidido en su contra y ha ordenado que usted pague dinero, le pueden quitar su salario, su dinero, y otras cosas de su propiedad, sin aviso adicional por parte de esta corte. Lea el reverso de este formulario para obtener información de importancia acerca de sus derechos. |

### NOTICE OF ENTRY OF JUDGMENT

MICHAEL J. HICKS B-80852
PO BOX 290066
REPRESA, CA 95671

It is hereby stipulated by the Defendant DANIEL R. JACKSON M.D. to have GEOFFREY MARGOLIS presiding as temporary judge pursuant to California Rules of Court, Rule 2.816.

Judgment was entered on June 10, 2008, as follows:

Claim was Dismissed With Prejudice. The matter is dismissed for failure to exhaust administrative remedies under California Government Code Section 905.2, 905.4 and 945.4 in addition to California Civil Code of Procedures 116.220(e) and (f).

The court further orders that the claim is barred under the doctrine of Res Judicata because of case number 08SC02072.

The court orders case number 08SC02611 related to 08SC02072.

CLERK'S CERTIFICATE OF MAILING - I certify that I am not a party to this action. This Notice of Entry of Judgment was mailed first class postage prepaid, in a sealed envelope to Plaintiff MICHAEL J. HICKS B-80852, at PO BOX 290066, REPRESA, CA 95671 and Defendant DANIEL R. JACKSON M.D., at PO BOX 29, REPRESA, CA 95671. The mailing and this certification occurred at the place and on the date shown below.

Place of Mailing: Sacramento, California

Date of Mailing: 06/12/2008                   Dennis B. Jones, Clerk, by _____(Original on File /s/)_____ , Deputy
                                                                                 B. Loriga

*100*

| The county provides small claims advisor services free of charge. Read the information sheet on the reverse. |
|---|

# PROOF OF SERVICE
[C.C.P. §2015.5; 28 U.S.C. §1745]

I, _MICHAEL J. HICKS_, am over the age of eighteen (18) years, and I (am) (am not) a party to the within cause of action. My address is:

_MICHAEL J. HICKS_
_B-80852_
_P.O. BOX 290066_
_REPRESA, CA 95671_

On, _DECEMBER 8 2008_, I served the following documents:

_42 USC §1983_

on the below named individuals by depositing true and correct copies thereof in the United State mail·in Represa, California, with postage fully prepaid thereon, addressed as follows:

1. _JAMES WALKER, WARDEN_   2. _U.S. DIST. COURT_
_CSP-SACRAMENTO_       _EAST. DIST. OF CALIF._
_P.O. BOX 29_         _501 'I' STREET RM. 4-400_
_REPRESA, CA 95671_      _SACRAMENTO, CA 95814_

I have read the above statements and declare under the penalty of perjury of the laws of the State of California that the foregoing is true and correct.

Executed this _8_ day of _DECEMBER_, _2008_, at California State Prison at Sacramento, Represa, California.

(Signature) _Michael J. Hicks_