IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. HICKS,

       Plaintiff,                    No. CIV S-08-2844 MCE KJM P

   vs.

LINDA YOUNG, et al.,

       Defendants.             ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has requested that this action be dismissed.

       Accordingly, IT IS HEREBY ORDERED that defendants notify this court, within ten days, whether they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

DATED: October 20, 2009.

_____
U.S. MAGISTRATE JUDGE

/md
hick2844.59a